IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

SEP 1 2 2025

KEVIN R. WEIMER, Clerk
By: _____ Deputy Clerk

Omar White,

Plaintiff,

v.

KEITH GAMMAGE, in his official and individual capacities as Solicitor-General of Fulton County, PATRICK LABAT in his official and individual capacities as Sheriff of Fulton County and FULTON COUNTY,

Defendants.

CASE NO.

**1:25-CV-5205**

## CIVIL COMPLAINT FOR VIOLATION OF CIVIL RIGHTS UNDER 42 U.S.C. § 1983
## DEMAND FOR JURY TRIAL UNDER THE SEVENTH AMENDMENT

COMES NOW, Plaintiff, Omar White, a Man of GOD in propria persona and sui juris, pursuant to 42 U.S.C. § 1983, the 9th amendment of the U.S. constitution, Psalm 103:6 and Deuteronomy 16:18-20 (KJV BIBLE), and files this Complaint against KEITH GAMMAGE, in his official and individual capacities, FULTON COUNTY, and PATRICK LABAT, in his official and individual capacities, alleging violations of Plaintiff's constitutional rights under the First, Fourth, Fifth, Sixth, Eighth, and Fourteenth Amendments, as well as malicious prosecution, abuse of process, fraud upon the court, gross negligence, and bad faith, arising from Defendants' actions in Case Nos. 19CR002678B, 22CR006928F, 23CIT010946, and 25CR001535G. Plaintiff demands a trial by jury pursuant to the Seventh Amendment of the United States Constitution.

## JURISDICTION AND VENUE

1. This Court has jurisdiction under 28 U.S.C. § 1331 (federal question) and 42 U.S.C. § 1983 (civil rights).
2. Venue is proper under 28 U.S.C. § 1391(b) as the events occurred in Fulton County, within this District.

## PARTIES

3. Plaintiff, Omar White, is a private citizen, American Indian, Church Minister and Grantor for WHITE OMAR™, and OMAR WHITE™.
4. Defendant, Keith Gammage, is the Solicitor-General of Fulton County in the State of Georgia.
5. Defendant, FULTON COUNTY, is a political subdivision of Georgia.
6. Defendant, Patrick Labat, is the Sheriff of Fulton County in the State of Georgia.

**STATEMENT OF FACTS**

7. **2017-2022 Simple Battery Case (19CR002678B):** In 2017, Plaintiff was charged with simple battery. In 2022, the Fulton County Clerk unilaterally changed Plaintiff's hearing time without proper notice, violating his due process rights and resulting in a June 8, 2022 bench warrant for FAILURE TO APPEAR, issued by Judge Patsy Porter (REFERENCE EXHIBIT A, ALSO NOTE THAT FULTON COUNTY CLERKS REFUSED TO PROVIDE CERTIFIED COPIES, REFERENCE ATTACHED FULTON COUNTY COMPLAINT). Plaintiff was subsequently imprisoned for 14 days at the FULTON COUNTY Rice Street Jail. During this time, policies enforced by Sheriff Labat resulted in Plaintiff being denied his vegan dietary accommodations for several days, despite religious and medical necessity and the sheriff's oath to uphold the U.S. and GA constitutions. Intake processing was delayed, Chaplain intervention was required, and Plaintiff was subjected to unsanitary conditions, overcrowding, and the denial of grievance forms (REFERENCE EXHIBIT B). These conditions constituted cruel and unusual punishment, especially given the facility's documented constitutional violations under investigation by the U.S. Attorney's Office. In October 2022, the State of Georgia, under the authority of Defendant Gammage, dismissed the case during jury selection due to prosecutorial unpreparedness.

8. **2022 New Prosecution (22CR006928F):** One week after the October 2022 dismissal, Gammage initiated Case No. 22CR006928F for the same offense in bad faith, using a fake name "OMR WHTE" and Plaintiff's SSN without consent or due process, beyond O.C.G.A. § 17-3-1(e)'s two-year statute of limitations from 2017, lacking probable cause per Malley v. Briggs, 475 U.S. 335 (1986).

9. **2023 False Imprisonment:** On September 30, 2023, Plaintiff was falsely imprisoned by COBB COUNTY and later transferred to custody of FULTON COUNTY on a frivolous bench warrant for a FTA in 22CR006928F, learning of the new case only upon arrest (Body came footage available via Discovery). At Rice Street jail, Sheriff Labat's policies again denied Plaintiff's religious and dietary vegan food needs and was also denied grievance forms, and experienced exacerbating cruel and unusual punishment under jail conditions violating the Eighth Amendment, as confirmed by the U.S. Attorney's investigation. Plaintiff filed a police report against Gammage for identity theft on October 13, 2023, and sent a demand letter for $250,000 on November 2, 2023 (REFERENCE CERTIFIED EXHIBIT C). After bonding out, Plaintiff fought the case in propria persona/sui juris.

10. **Dismissal of 22CR006928F:** On July 8, 2024, Judge Eric A. Richardson dismissed Fulton County State Court case 22CR006928F with prejudice, citing the uncontested statute of limitations, certified July 15, 2024.

11. **2023-2025 Traffic Case (23CIT010946 and 25CR001535G):** Traffic citations originally filed more than two years earlier in Atlanta Municipal Court were transferred to Fulton County State Court without Plaintiff's consent (Case No. 23CIT010946). On February 11, 2025, Plaintiff filed a Motion to Dismiss, challenging subject matter jurisdiction due to a felony attachment, expiration of the statute of limitations, and lack of personal jurisdiction. Defendant Gammage failed to respond within 30 days, thereby waiving opposition under Georgia Rule 6.2.

    On March 24, 2025, under Fulton County's bad-faith oversight, an unidentified individual impersonating Judge Jessy Lall—whom Plaintiff has personally met to verify imposter—presided over the matter and closed Case No. 23CIT010946 due to alleged felony attachment. The case was then immediately refiled as case 25CR001535G. On March 25, 2025, Defendant Gammage again brought charges against Plaintiff, this time under another altered name "OMAR M. WHTE," misusing Plaintiff's Social Security Number and doing so in violation of O.C.G.A. § 17-3-1(e). These actions reflect a continued pattern of identity abuse, procedural manipulation, retaliatory prosecution, and Fraud upon the court by Defendants, carried out under the deliberate and unlawful oversight of FULTON COUNTY.

12. **Fulton County's Bad Faith Bond Responses:** On March 16, 2022, Fulton County denied Gammage has bonds (emails will be requested during discovery), yet Platte River Insurance (March 14, 2023, Bond No. 41394252) confirmed his bond, obligated only to Fulton County, per probate court judge verification, showing deceit per Hope v. Pelzer, 536 U.S. 730 (2002) (REFERENCE EXHIBIT D).

13. **Risk Management Futility:** Demand letters (July 25, 2022: $10,000,000; November 2, 2023: $250,000) were ignored and letters were returned to sender (October 18, 2022 Fulton County employee can be subpoenaed to verify), necessitating this suit as the only remedy, per Ex parte Young, 209 U.S. 123 (1908) (REFERENCE EXHIBIT E).

14. **Prior Notices:** Complaints to the U.S. Attorney (November 17, 2023) and PAQC (March 26, 2025) were ignored (REFERENCE EXHIBIT F).

15. **Clerks' Refusal:** Fulton County clerks refused certified copies of records (e.g., 19CR002678B notices, 22CR006928F warrants), obstructing federal evidence under Fed. R. Evid. 901, 902, showing conspiracy.

16. **Bond Deceit:** Fulton County denied Gammage's bond (March 16, 2022), contradicted by Platte River Insurance (March 14, 2023, Bond No. 41394252), per Hope v. Pelzer, 536 U.S. 730 (2002).

17. **Futility:** Several Demand letters (July 25, 2022: $10,000,000; November 2, 2023: $250,000) were ignored and or denied (REFERENCE EXHIBIT G).

18. **Fee Schedule:** Plaintiff provided Defendants with a fee schedule over several years (Can subpoena 3 witnesses), setting mandatory fees for Constitutionally protected rights i.e. trespasses (e.g., $5,000,000 per deprivation in private capacity, $2,500,000/hour for unwanted transport etc…), (REFERENCE EXHIBIT H – ONE DOCUMENT AUTHENTICATED ANOTHER DOCUMENTED WASN'T AUTHENTICATED SEE ATTACHED COBB COUNTY COMPLAINT).

19. **Gammage's Oath:** Plaintiff obtained a certified copy of Defendant Gammage's oath, sworn to uphold the U.S. and Georgia Constitutions. The oath lists "Keith E. Gammage," using a middle initial absent from his legal name, creating ambiguity in his lawful authority (REFRENCE EXHIBIT I). This deviation, inconsistent with **FEDERAL NAME STANDARDS (6 CFR § 37.3),** mirrors Gammage's misuse of Plaintiff's identity ("OMR WHTE") reflecting a pattern of identity obfuscation, Fraud Upon the Court, consistent with SSN misuse ("OMR WHTE") and clerks' document refusals.

20. **Sheriff's Role:** Sheriff Labat's policies at Rice Street jail, including denial of vegan meals, grievance forms, and overcrowding, contributed to Plaintiff's harms in 2022 and 2023, as evidenced by the U.S. Attorney's investigation (REFERENCE AUTHENTICATED WITNESS AFFIDAVIT EXHIBIT J).

21. **Counseling and Therapy (2022–2025):** Plaintiff underwent 443 counseling and therapy sessions for emotional distress, depression, and anxiety caused by Defendants' unjust treatment in legal proceedings, incurring costs of $110,750, per final invoice over a 7 year period (REFERENCE EXHIBIT K).

## CAUSES OF FACTUAL ACTION

### Count I: Malicious Prosecution (4th and 14th Amendments) - Gammage

22. Defendant Gammage's initiation of Case No. 22CR006928F, after the dismissal of 19CR002678B, using false identities and time-barred charges, lacked probable cause and was initiated with malice. This resulted in Plaintiff's unlawful seizure and imprisonment. Gammage's similar actions in 23CIT010946 and 25CR001535G further compounded the harm. These actions constitute malicious prosecution in violation of Plaintiff's Fourth and Fourteenth Amendment rights, per *Wood v. Kesler*, 323 F.3d 872 (11th Cir. 2003).

### Count II: Abuse of Process – Gammage and Fulton County

23. Defendants misused legal processes for improper purposes, including retaliation against Plaintiff's successful defense and complaint filings. The use of fraudulent identity information, prosecutorial delay, and judicial manipulation reflect an abuse of

process, in violation of Plaintiff's constitutional rights, per *Blue v. Lopez*, 901 F.3d 1324 (11th Cir. 2018).

### Count III: Vindictive Prosecution – Gammage

24. Defendant Gammage re-prosecuted Plaintiff in 22CR006928F after dismissal of 19CR002678B, with no new evidence, clearly in retaliation for exercising constitutional rights. This demonstrates vindictive prosecution in violation of due process, per *United States v. Goodwin*, 457 U.S. 368 (1982).

### Count IV: Fraud Upon the Court – Gammage, Labat, and Fulton County

25. Defendants knowingly prosecuted Plaintiff under a false identity ("OMR WHTE") tied to his Social Security Number, failed to provide certified records, and concealed judicial irregularities. These acts constitute fraud upon the court and undermine judicial integrity, per *Rozier v. Ford Motor Co.*, 573 F.2d 1332 (5th Cir. 1978). (REFERENCE EXHIBIT F FOR JUDICIAL COMPLAINT)

### Count V: Due Process Violations (Fourteenth Amendment) – Gammage, Labat, and Fulton County

26. Defendants violated Plaintiff's due process rights through procedural irregularities and institutional misconduct, including:

a. Gammage prosecuting beyond the statute of limitations under O.C.G.A. § 17-3-1(e), per *Toussie v. United States*, 397 U.S. 112 (1970);

b. Last-minute hearing time changes without notice (19CR002678B), and no-service filings (22CR006928F), per *Goldberg v. Kelly*, 397 U.S. 254 (1970);

c. Use of impostor judges and judicial impersonation in 23CIT010946 and 25CR001535G, per *Spikes v. Citizens State Bank*, 179 Ga. App. 479 (1986);

d. Gammage's ambiguous oath, deviating from legal name standards under 6 C.F.R. § 37.3, creating a due process violation by undermining lawful authority;

e. Labat's denial of grievance forms and delay in accommodating religious/vegan dietary needs, per *Bounds v. Smith*, 430 U.S. 817 (1977). (DEFENDANTS HAVE VIOLATED THEIR OATH OF OFFICE TO UPHOLD US AND GA CONSTITUTIONS)

### Count VI: Unreasonable Seizure (Fourth-Fourteenth Amendment) – Gammage, Labat, and Fulton County

27. Plaintiff was seized without probable cause, based on identity fraud, false charges, and unlawful warrants. These included detentions in 2022 and 2023 based on misidentification and misuse of Plaintiff's SSN, violating the Fourth and 14th Amendments , per *Katz v. United States*, 389 U.S. 347 (1967), and stripping immunity under *Scheuer v. Rhodes*, 416 U.S. 232 (1974).

### Count VII: Speedy Trial Violation (Sixth Amendment) – Gammage

28. Defendant Gammage unreasonably delayed prosecution of Plaintiff's case for

several years, then restarted proceedings post-dismissal, violating Plaintiff's right to a speedy trial, per *Barker v. Wingo*, 407 U.S. 514 (1972).

### Count VIII: Equal Protection Violation (Fourteenth Amendment) – Gammage, Labat, and Fulton County

29. Defendants intentionally treated Plaintiff differently from similarly situated individuals without a rational basis. For example, unlike public figures such as President Donald Trump (Take Judicial notice TRUMP'S FULTON COUNTY CASE), Plaintiff was subjected to inhumane jail conditions. This constitutes a class-of-one Equal Protection violation.

### Count IX: Cruel and Unusual Punishment (Eighth Amendment) – Fulton County and Labat

30. Defendants failed to provide Plaintiff with a proper vegan diet despite medical and religious requests, forced him to sleep on the floor due to overcrowding in unsanitary and unsafe environments (JAIL CELLS WERE BROKEN AND DIDN'T LOCK CREATING SAFETY HAZARDS), and denied him grievance forms. These acts constitute cruel and unusual punishment, per *Taylor v. Riojas*, 141 S. Ct. 52 (2020).

### Count X: Municipal Liability (Monell Claim) – Fulton County and Labat

31. Defendants' unconstitutional acts stemmed from customs, policies, and official decisions by Fulton County and Sheriff Labat. Their failure to train and supervise employees directly caused violations of Plaintiff's rights, consistent with the findings of the U.S. Attorney for the Northern District of Georgia.

### Count XI: Gross Negligence – Gammage, Labat, and Fulton County

32. Defendants acted with reckless disregard for Plaintiff's rights: Gammage filed stale cases; Fulton County failed to properly handle records and hearings; impostor judges were allowed to preside; and Labat's jail system imposed inhumane conditions. This constitutes gross negligence, per *Southard v. Belanger*, 966 F. Supp. 2d 727 (W.D. Ky. 2013).

### Count XII: Bad Faith – Gammage, Labat, and Fulton County

33. Defendants acted in bad faith:

a. Gammage's prosecutions lacked probable cause and used identity fraud;

b. Fulton County disseminated misleading bond information and permitted impostor judges;

c. Labat permitted unconstitutional conditions at the jail;

d. Gammage's oath of office under "Keith E. Gammage" (a non-legal name) fails to lawfully authorize prosecution, violating the rule of law under *Hope v. Pelzer*, 536 U.S. 730 (2002) and *Hafer v. Melo*, 502 U.S. 21 (1991).

## Count XIII: Double Jeopardy (Fifth Amendment) – Gammage

34. Defendant Gammage's re-prosecution of Plaintiff in 22CR006928F after the dismissal of 19CR002678B—on the same underlying facts—violated the Double Jeopardy Clause, per *Blockburger v. United States*, 284 U.S. 299 (1932).

## Count XIV: Conspiracy Against Rights (First and Fourteenth Amendments) – Gammage, Labat, and Fulton County

35. Defendants engaged in a coordinated effort to deprive Plaintiff of constitutional rights. This included oath discrepancies, refusal to provide certified records, impersonation of judges, denial of vegan meals, and suppression of grievances, all under Fulton County's bad-faith oversight. These acts constitute conspiracy to deprive civil rights, per *Bounds v. Smith*, 430 U.S. 817 (1977).

## NO QUALIFIED IMMUNITY EXISTS

36. Defendants Gammage, Labat and Fulton County lose qualified and sovereign immunity due to their unconstitutional actions, as established by precedent:
a. Harlow v. Fitzgerald, 457 U.S. 800 (1982): "Government officials performing discretionary functions generally are shielded from liability for civil damages insofar as their conduct does not violate clearly established statutory or constitutional rights of which a reasonable person would have known." Gammage's time-barred prosecutions and Fulton County's jail conditions violate clearly established rights a reasonable official would know considering all defendants swore an oath.
b. Hope v. Pelzer, 536 U.S. 730 (2002): "The 'salient question' is whether the state of the law at the time of an incident provided 'fair warning' to the defendants that their alleged conduct was unconstitutional." Defendants had fair warning that prosecuting beyond statutes, using impostor judges, denying dietary needs, housed in unsanitary dangerous conditions, and denying grievance forms were unconstitutional.
c. Taylor v. Riojas, 141 S. Ct. 52 (2020): "Confronted with the particularly egregious facts of this case, any reasonable officer should have realized that Taylor's conditions of confinement offended the Constitution." Rice Street's conditions, known via U.S. Attorney investigation, offend the Eighth Amendment, negating immunity.
d. Malley v. Briggs, 475 U.S. 335 (1986): "Only where the warrant application is so lacking in indicia of probable cause as to render official belief in its existence unreasonable will the shield of immunity be lost." Gammage's 22CR006928F warrant lacked probable cause, being time-barred, thus unreasonable.
e. Owen v. City of Independence, 445 U.S. 622 (1980): "By including municipalities within the class of 'persons' subject to liability for violations of the Federal Constitution and laws, Congress—the supreme sovereign on matters of

federal law—abolished whatever vestige of the State's sovereign immunity the municipality possessed." Fulton County's policies strip its immunity.

f. Monell v. Department of Social Services, 436 U.S. 658 (1978): "Local governing bodies... can be sued directly under § 1983 for monetary, declaratory, or injunctive relief where... the action that is alleged to be unconstitutional implements or executes a policy statement, ordinance, regulation, or decision officially adopted and promulgated by that body's officers." Fulton County's customs (e.g., impostor judges, clerk errors etc...) trigger liability.

g. Ex parte Young, 209 U.S. 123 (1908): "The use of the name of the state to enforce an unconstitutional act to the injury of complainants is a proceeding without the authority of and one which does not affect the state in its sovereign or governmental capacity. It is simply an illegal act upon the part of a state official in attempting by the use of the name of the state to enforce a legislative enactment which is void because it is unconstitutional." Gammage's actions lack state authority.

h. Hafer v. Melo, 502 U.S. 21 (1991): "The Eleventh Amendment does not erect a barrier against suits to impose 'individual and personal liability' on state officials under § 1983." Gammage faces personal liability for his bad-faith acts.

i. Scheuer v. Rhodes, 416 U.S. 232 (1974): "When a state officer acts under a state law in a manner violative of the Federal Constitution, he 'comes into conflict with the superior authority of that Constitution,' and he is in that case stripped of his official or representative character and is subjected in his person to the consequences of his individual conduct." Gammage's unconstitutional conduct strips his immunity. Gammage's violation of his sworn constitutional duty, compounded by an ambiguous oath, strips immunity, as he had fair warning that bad-faith prosecutions and identity misuse were unconstitutional (Harlow; Malley).

## DAMAGES

37. Plaintiff demands $2,000,000 (TWO MILLION) in compensatory damages, based on:

a. Actual Damages:

    **a.** False Imprisonment (2022): $1,000 (lost wages from trust duties): 2 days at $200/day = $400, distress: $600).

    **b.** False Imprisonment (2023): $5,000 (impound fees: $500, lost wages from trust duties: 5 days at $200/day = $1,000, distress: $3,500).

    **c.** Legal Costs (2022-2025): $3,000 (filings, travel, certified copies etc...).

**d.** Emotional Distress Counseling and Therapy (2022–2025): $110,750 (443 sessions for emotional distress, depression, and anxiety from Defendants' unjust treatment, per invoice.

**e.** Subtotal: $119,750, per receipts, invoice, and affidavit.

b. Fee Schedule Violations: Plaintiff's fee schedule, provided to Defendants since 2022 (annexed, Exhibit H), notified Defendants of mandatory fees for trespasses on Plaintiff's unenumerated rights, retained under the Ninth Amendment to the U.S. Constitution, which ensures rights not explicitly enumerated, such as protection of identity and autonomy, are not denied. As Scripture affirms, "The Lord executes righteousness and justice for all who are oppressed" (Psalm 103:6), reflecting natural law principles underlying Plaintiff's remedy. Fees include:

**f.** Deprivation of Rights: $200,000 per incident in private capacity (two imprisonments, 2022 and 2023: $400,000).

**g.** Conspiracy Against Rights: $200,000 per incident (clerk refusals, prosecutions, ambiguous oath: $5,000,000).

**h.** Unwanted Transport: $100,000 per incident (2022: 2 days; 2023: 5 days; capped at $100,000 each: $200,000).

**i.** Identity Theft (SSN Misuse): $200,000 per incident (22CR006928F, 25CR001535G: $400,000).

**j.** Court Appearances: $1,000/hour (10 hours across cases: $10,000).

**k.** Total Fee Schedule Penalties: Capped at $1,981,000 to align with the $2,000,000 demand, enforceable as notice of liability under Trezevant v. City of Tampa, 741 F.2d 336 (11th Cir. 1984), and Plaintiff's Ninth Amendment rights.
c. Intangible Harms: Emotional distress, reputational injury, and legal burdens, amplified by Gammage's oath ambiguity and Labat's jail conditions, necessitating extensive therapy, per Trezevant.

38. Defendants' Profits: Fulton County allocated $15,000 to Gammage's office (2022-2025), per budget records, tied to this misconduct.

39. Causal Nexus: Defendants' bad faith, negligence, and conspiracy—including but not limited to Gammage's prosecutions under an ambiguous oath, clerks' document refusals, Labat's jail policies and impostor judges—directly caused these harms, triggering fee schedule penalties. 18 U.S. Code § 4 - Misprision of felony

## REQUEST FOR JUDICIAL NOTICE (Fed. R. Evid. 201)

40. Plaintiff requests judicial notice of:

    a. Final Disposition of 22CR006928F (July 8, 2024, certified July 15, 2024).

    b. Non-response to February 11, 2025 Motion (State Court docket).

    c. Citation dates in 23CIT010946 (pre-2023, Municipal Court records).

    d. FTC Identify Theft report against Gammage (October 7th, 2023).

    e. Fulton County bond denial (March 16, 2022) vs. Platte River bond (March 14, 2023).

    f. U.S. Attorney's investigation of Fulton County Rice Street jail (Northern District of Georgia). 1:25-CV-00024-LMM

    g. Court notices from case 19CR002678B (Clerks refused to provide certified copies)

    h. Final Dispositions and status for Fulton County State court cases 19CR002678B, 22CR006928F, 23CIT010946 and 25CR001535G

    i. Body Cam Arrest Footage

    j. Any and All agreeable exhibits, facts and or evidence to counter Failure to State A Claim claims

## ASSERTION

41. Defendants' bad-faith pattern, void under Marbury v. Madison, 5 U.S. 137 (1803), and stare decisis (Spikes, Landsberg v. Powell, 278 Ga. App. 685 (2006)), caused harm via official policy, per Monell, stripping immunity per cited cases.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully demands this honorable court to issue the following orders:

1. Declaratory judgment that Defendants violated Plaintiff's constitutional rights under the First, Fourth, Fifth, Sixth, Eighth, and Fourteenth Amendments.

2. Injunction halting Case No. 25CR001535G and barring SSN misuse and any other injunctions this honorable court deems necessary to prevent further harm.

3. Compensatory damages in the amount of $2,000,000.

4. Disgorgement of unlawful profits totaling $15,000.

5. Punitive damages in the amount of $50,000 for Defendants bad faith.

6. Fees and costs under 42 U.S.C. § 1988.

7. Trial by jury under the Seventh Amendment.

8. Such further relief the Court deems just and proper.

**Respectfully submitted this 12th day of September, 2025 IN THE YEAR OF THE LORD.**

Omar White
1441 Woodmont Lane Suite 309
Atlanta, GA 30318

State of: Georgia

County of: Fulton

Sworn and subscribed before me this 12 Day of September 2025 by

Notary Public

Commission Exp. 3-12-28

## AFFIDAVIT IN SUPPORT

I, Omar (with the Family name of White), swear under penalty of perjury:

1. I am of sound mind, the age of majority and bring this claim in good faith in propria persona and sui juris.

2. My name has never been Omar M. Whte or Omar WHTE or Mr. White.

3. My given name is Omar and my family name is White.

4. I am not a sovereign citizen or incompetent or an enemy of the state.

5. I am a living breathing being created in the image of THE MOST HIGH GOD which is the CREATOR of all Creation material and immaterial.

6. In 2017, I was charged in Case No. 19CR002678B. In 2022, the Fulton County Clerk changed my hearing time last-minute without notice, causing a June 8, 2022 FTA warrant and imprisonment at Rice Street jail. My vegan diet was unmet for days, and grievance forms denied, amid jail violations under U.S. Attorney investigation. The case was dismissed in October 2022 by Gammage's unprepared State.

7. Weeks later, Gammage initiated 22CR006928F in bad faith, using "OMR WHTE" and my SSN, beyond O.C.G.A. § 17-3-1(e), without notice.

8. On September 30, 2023, I was imprisoned on a frivolous 22CR006928F warrant. At Fulton County Rice Street jail, my vegan diet was again unmet, grievance forms denied, violating the Eighth Amendment. I filed a police report against Gammage (October 13, 2023) and sent a demand letter (November 2, 2023). I fought and won dismissal on July 8, 2024.

9. I filed complaints against defendants with the U.S Attorney's office.

10. From 2022–2025, I underwent 443 counseling and therapy sessions for emotional distress, depression, and anxiety caused by Defendants' unjust treatment, costing $110,750, per invoice

11. Traffic citations in 23CIT010946 (pre-2023) were transferred to Fulton County State Court. My February 11, 2025 Motion to Dismiss was unopposed. On March 24, 2025, an impostor judge closed it, but it reopened as 25CR001535G. On March 25, 2025, Gammage accused me beyond O.C.G.A. § 17-3-1(e).

12. Fulton County denied Gammage's bond (March 16, 2022), contradicted by Platte River (March 14, 2023). Risk management ignored my claims (July 25, 2022; November 2, 2023).

13. Defendants' bad faith and negligence caused $119,750 in damages, per receipts invoice and logs.

14. I provided my fee schedule (annexed) to Defendants, setting fees (e.g., $5M/deprivation, $2.5M/hour transport), totaling over $20M for trespasses.

15. Damages total $2,000,000.00, per receipts, logs, invoice and fee schedule capped.

16. I am NOT an enemy of the court but rather a friend of the court and demand not to be treated as such. I shall be treated as a Man of the MOST HIGH GOD

17. I have exhausted all administrative remedies, including issuing demand and notice of intent-to-sue letters to Defendants, notifying their insurance company via risk management, having my claim denied in addition to filing reports with the PROSECUTING ATTORNEYS QUALIFICATIONS COMMISSION, FTC, ATLANTA POLICE DEPARTMENT and the U.S. Attorney's Office.

18. I am not a licensed attorney or member of the bar. I represent myself as a Man of GOD in propria persona and sui juris in this matter, and I prepare all my legal documents in accordance with my religious beliefs and my duty to the MOST HIGH, the CREATOR of all Creation.

19. I respectfully request this Court recognize my good faith efforts to comply with applicable rules and procedures, while not holding me to the same standards as a licensed attorney regarding formatting or technical presentation of legal documents as to impede on my religious position.

Further Affiant sayeth not.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

**Executed on this 12th day of September 2025 IN THE YEAR OF THE LORD.**

**Omar White**
**1441 Woodmont Lane**
**Suite 309**
**Atlanta, Georgia 30318**

State of: Georgia
County of: Fulton
Sworn and subscribed before me this
12 Day of September, 2025 by

Notary Public
Commission Exp. 3/12/2028

# EXHIBIT "A"



**Supreme Court**
**State of Georgia**

NATHAN DEAL JUDICIAL CENTER

Atlanta 30334

## SUPREME COURT OF THE STATE OF GEORGIA
CLERK'S OFFICE, ATLANTA

### July 21, 2025

I, Therese "Tee" Barnes, Clerk, of the Supreme Court of Georgia, do hereby certify that the foregoing pages of the Original Petition, hereto attached, are a true and correct copy, in the Supreme Court of Georgia Case No. **S25O0912**, **OMAR WHITE v. KEITH GAMMAGE et al.,** as appears from the records and files in this office.



Witness my signature and seal of the said court hereto affixed the day and year first above written.

_Therese S. Barnes_ , Clerk

2025-000634



**FULTON COUNTY SHERIFF'S OFFICE**

**PATRICK "PAT" LABAT**
**FULTON COUNTY SHERIFF**

185 CENTRAL AVENUE, S. W. 9TH FLOOR
ATLANTA, GEORGIA 30303
(404) 612-5100

WWW.FCSOGA.ORG

**Applicant's Written Statement**

I ___Omar White___ do solemnly swear that this statement is written in absolute truth according to my remembrance and to the best of my knowledge.

ON 3-18-25 I, Omar White went to FULTON COUNTY STATE COURT Clerks office and I lawfully requested a certified copy of a legal document that was filed in case 23CITO10946. The clerk refused and then her manager also refused to provide a certified copy of a legal document Filed in that office. The Clerks office is in violation of OCGA 45-11-1

All Rights Reserved

Applicant's Signature and Date

Sworn to and subscribed in my presence this __18th__ day of __MARCH__ , 20__25__

__Marvin Wooley__
Notary Public Signature



# Fulton County State & Magistrate Court
## Customer Comment Form

Date: 3-18-25          Phone: _____

Name: Omar

Email Address: OmarWhiteTrust@gmail.com

### Customer Comments:

I lawfully requested a certified copy
of my legal document that was filed
in case 23CIT010946
The clerk refused and then her manager
refused. The clerks office is
in violation of O.C.G.A 45-11-1

**Administrative Use Only**



# State of Georgia

RECEIVED
FULTON COUNTY
PROBATE COURT

2021 JAN -5 P 1: 25

## LOYALTY OATH

STATE OF GEORGIA

COUNTY OF ___FULTON___

I, _____**PATRICK L LABAT**_____ (name)

a citizen of _____**FULTON   COUNTY**_____

and being an employee of ___**FULTON  COUNTY,  GEORGIA**___

and the recipient of public funds for services rendered as such employee, do hereby solemnly swear and

affirm that I will support the Constitution of the United States and the Constitution of Georgia.

SO HELP ME GOD!

Sworn to and subscribed before me, this the )

29ᵗʰ day of December , 20 20 )

)

Pinkie T. Toomer, Judge )

Fulton County Probate Court

PATRICK L. LABAT                        Signature

(O.C.G.A. 45-3-11)
(O.C.G.A. 45-3-12)
(O.C.G.A. 45-3-13)

### DIRECTIONS

This oath, when taken, must be attached to the oath of office and filed therewith as required by law.

The loyalty oath required by Code Sections 45-3-11 through 45-3-15 shall apply to all elected officers of this state, including the Governor, constitutional officers, elected officials of any political subdivision of the government of Georgia, and local school board officials (O.C.G.A. 45-3-12).

CERTIFICATION OF COPY
This document consisting of ___1___ page(s) is hereby certified to be a true copy of an original document on file in the Probate Court of Fulton County, Georgia. In witness whereof, I have hereto set my official signature and affixed the seal of the Probate Court, at the County and State aforesaid on _____ /20___

Clerk, Fulton County Probate Court

000000000000

BOOK 0 5 2 8 8 PAGE 1 0 8



# State of <u>Georgia</u>

## LOYALTY OATH

STATE OF GEORGIA

COUNTY OF ____**FULTON**____

I, ____**PATRICK LYN LABAT, SR.**_____ (name)

a citizen of ____**STATE OF GEORGIA**_____

and being an employee of ____**FULTON COUNTY**_____

and the recipient of public funds for services rendered as such employee, do hereby solemnly swear and

affirm that I will support the Constitution of the United States and the Constitution of Georgia.

SO HELP ME GOD!

Sworn to and subscribed before me, this the

____ day of _____, 20 __24__

_____
KENYA M. JOHNSON, CHIEF JUDGE
FULTON COUNTY PROBATE COURT

_____
Signature

(O.C.G.A. 45-3-11)
(O.C.G.A. 45-3-12)
(O.C.G.A. 45-3-13)

### DIRECTIONS

This oath, when taken, must be attached to the oath of office and filed therewith as required by law.

The loyalty oath required by Code Sections 45-3-11 through 45-3-15 shall apply to all elected officers of this state, including the Governor, constitutional officers, elected officials of any political subdivision of the government of Georgia, and local school board officials (O.C.G.A. 45-3-12).

CERTIFICATION OF COPY

This document consisting of ___1___ page(s) is hereby certified to be a true copy of an original document on file in the Probate Court of Fulton County, Georgia. In witness whereof, I have hereto set my official signature and affixed the seal of the Probate Court, at the County and State aforesaid on ____6 /24 /20 25____

_____
Clerk, Fulton County Probate Court



STATE COURT OF FULTON COUNTY
ATLANTA, GEORGIA

**STATE COURT OF FULTON COUNTY**
**185 CENTRAL AVENUE, SW**
**ATLANTA, GEORGIA 30303**

**CALENDAR NOTICE**

**4/20/2022**

State of Georgia vs. OMAR WHITE
Case Number: 19CR002678B

The above-styled case is set for Plea and Arraignment on:

|  |  |
|---|---|
| Date: | 05/25/2022 |
| Time: | 10:00 AM |
| Judicial Officer: | The Honorable Patsy Y Porter |
| Address: | **COURTROOM 2D** |
|  | Justice Center Tower |
|  | 185 Central Avenue |
|  | 2nd Floor |
|  | Atlanta, GA 30303 |

**If you have questions about this notice, call Jessica McTure at (404) 613-4606.**

- Attorneys who wish to discuss their case should contact the solicitor assigned which is as follows:
  - o    Case numbers ending in an ODD number:  ASG Kindle Nance, kindle.nance@fultoncountyga.gov
  - o    Case numbers ending in an EVEN number:  ASG Natasha Crawford, Natasha.crawford@fultoncountyga.gov
- If you need the assistance of a Public Defender, contact Paul Bartels at (paul.bartels@fultoncountyga.gov) and Charles Ford at (Charles.ford@fultoncountyga.gov)

DEFENDANT IS REQUIRED TO:
(1)  Be on time to this hearing.
(2)  If you have an attorney, have him/her notify the Criminal Division that he/she is counsel of record.
(3)  Immediately notify your Bondsman, US Post Office, and the Criminal Division of a change of address.
(4)  Maintain continuing communication with your attorney, if you have one.
(5)  Be present with your attorney at the time and place indicated on this notice.
(6)  Turn all pagers, cell phones and other noise-making devices on vibrate or silent mode.
(7)  Dress appropriately: no hats (excluding religious headwear), muscle shirts, tank tops, or any item of clothing that displays offensive, vulgar, racist, sexist, or obscene graphics or messages.
**(8)  Masks are required, please follow the social distancing guidelines as much as possible.**

**A COPY OF THIS NOTICE IS PERMANENTLY RETAINED IN YOUR CASE FILE.**
Christopher G. Scott, Chief Clerk



STATE COURT OF FULTON COUNTY
ATLANTA, GEORGIA

**STATE COURT OF FULTON COUNTY**
**185 CENTRAL AVENUE, SW**
**ATLANTA, GEORGIA 30303**

**CALENDAR NOTICE**

State of Georgia  vs. OMAR WHITE
Case Number: 19CR002678B

The above-styled case is set for Motions Calendar on:

| | |
|---|---|
| Date: | 05/25/2022 |
| Time: | 10:00 AM |
| Judicial Officer: | The Honorable Patsy Y Porter |

Address: **COURTROOM 2D**
Justice Center Tower
185 Central Avenue
2nd Floor
Atlanta, GA 30303

### If you have questions about this notice, call Jessica McTure at (404) 613-4606.

- Attorneys who wish to discuss their case should contact the solicitor assigned which is as follows:
  - o   Case numbers ending in an ODD number: ASG Kindle Nance, kindle.nance@fultoncountyga.gov
  - o   Case numbers ending in an EVEN number: ASG Natasha Crawford, Natasha.crawford@fultoncountyga.gov
- If you need the assistance of a Public Defender, contact Paul Bartels at (paul.bartels@fultoncountyga.gov) and Charles Ford at (Charles.ford@fultoncountyga.gov)

DEFENDANT IS REQUIRED TO:
(1)  Be on time to this hearing.
(2)  If you have an attorney, have him/her notify the Criminal Division that he/she is counsel of record.
(3)  Immediately notify your Bondsman, US Post Office, and the Criminal Division of a change of address.
(4)  Maintain continuing communication with your attorney, if you have one.
(5)  Be present with your attorney at the time and place indicated on this notice.
(6)  Turn all pagers, cell phones and other noise-making devices on vibrate or silent mode.
(7)  Dress appropriately: no hats (excluding religious headwear), muscle shirts, tank tops, or any item of clothing that displays offensive, vulgar, racist, sexist, or obscene graphics or messages.
**(8)  Masks are required, please follow the social distancing guidelines as much as possible.**

**A COPY OF THIS NOTICE IS PERMANENTLY RETAINED IN YOUR CASE FILE.**
Christopher G. Scott, Chief Clerk



STATE COURT OF FULTON COUNTY

**STATE COURT OF FULTON COUNTY**
**185 CENTRAL AVENUE, SW**
**ATLANTA, GEORGIA 30303**

**CALENDAR NOTICE**

[5/20/2022]

State of Georgia  vs. OMAR WHITE
Case Number: 19CR002678B

The above-styled case is set for Motions Calendar on:

| | |
|---|---|
| Date: | 06/08/2022 |
| Time: | 1:30 PM |
| Judicial Officer: | The Honorable Patsy Y Porter |
| Address: | **COURTROOM 2D** |
| | Justice Center Tower |
| | 185 Central Avenue |
| | 2nd Floor |
| | Atlanta, GA 30303 |

**If you have questions about this notice, call Jessica McTure at (404) 613-4606.**

- Attorneys who wish to discuss their case should contact the solicitor assigned which is as follows:
  - Case numbers ending in an ODD number:  ASG Kindle Nance, kindle.nance@fultoncountyga.gov
  - Case numbers ending in an EVEN number:  ASG Natasha Crawford, Natasha.crawford@fultoncountyga.gov
- If you need the assistance of a Public Defender, contact Paul Bartels at (paul.bartels@fultoncountyga.gov) and Charles Ford at (Charles.ford@fultoncountyga.gov)

DEFENDANT IS REQUIRED TO:
(1) Be on time to this hearing.
(2) If you have an attorney, have him/her notify the Criminal Division that he/she is counsel of record.
(3) Immediately notify your Bondsman, US Post Office, and the Criminal Division of a change of address.
(4) Maintain continuing communication with your attorney, if you have one.
(5) Be present with your attorney at the time and place indicated on this notice.
(6) Turn all pagers, cell phones and other noise-making devices on vibrate or silent mode.
(7) Dress appropriately: no hats (excluding religious headwear), muscle shirts, tank tops, or any item of clothing that displays offensive, vulgar, racist, sexist, or obscene graphics or messages.
**(8) Masks are required, please follow the social distancing guidelines as much as possible.**

**A  COPY OF THIS NOTICE IS PERMANENTLY RETAINED IN YOUR CASE FILE.**
Christopher G. Scott, Chief Clerk

# Fulton County State & Magistrate Court
# Customer Comment Form

Date: 4-1-25     Phone: _____

Name: Omar White

Email Address: 1441 Woodmont Lane Suite 309 Atlan 30318

## Customer Comments:

Clerks office refuses to provide certified documents on certain documents and theres a policy where the administration doesnt sign complaint forms.

## Administrative Use Only

# EXHIBIT "B"

United States Attorney

Northern District of Georgia

Richard Russell Federal Building
75 Spring Street S.W., Suite 600
· Atlanta, Georgia 30303

Telephone: (404) 581-6000

# CIVIL RIGHTS COMPLAINT FORM

Thank you for contacting the United States Attorney's Office. Our office is responsible for enforcing the federal civil rights laws within the Northern District of Georgia. We therefore welcome information from the public that brings to our attention possible violations of our Nation's civil rights laws.

Please complete this form in its entirety. Please be specific so that we can determine if federal jurisdiction exists, and if so, which federal agency would be best for you to contact for further assistance.

| Person filing complaint: | Person/Entity you are filing complaint about: Patrick Labat Fulton County Rice Str |
|---|---|
| Name Omar White | Name |
| Address 1441 Woodmont Lane 309 | Address |
| Address (Line 2) Atlanta, GA 30318 | Address (Line 2) |
| City, State          Zip Code Fulton | City, State          Zip Code |
| County 770 374 8784 | County |
| Phone | Phone |

Nature of alleged Civil Rights Violation:
- [ ] Abortion Clinic Access
- [ ] Credit/ Lending Opportunities
- [ ] Disability Rights or Access
- [ ] Educational Opportunities
- [ ] Employment Discrimination
- [ ] Hate Crime
- [ ] Housing Discrimination

- [ ] Human Trafficking
- [ ] Law Enforcement Misconduct
- [ ] Military/Veteran Status
- [x] Prisoner or Institutionalized Person Rights
- [ ] Religious Land Use
- [ ] Voting Rights
- [ ] Other: _____

What do you believe was the reason for the discrimination?
[ ] Disability  [ ] National Origin  [x] Race  [x] Religion  [ ] Sexual Orientation  [ ] Other: _____

## RECEIVED

### DEC 03 2024

U.S. ATTORNEY
ATLANTA, GA

# FULTON COUNTY SHERIFF'S OFFICE
## CITIZEN'S COMPLAINT FORM

Copy

INSTRUCTIONS: Complete entirely, sign and return this form and attach statement describing the details of the incident to FCSO Office of Professional Standard (185 Central Ave, Suite 9500, Atlanta GA 30303). Please refer to the FCSO's Citizen Complaint Pamphlet for more information about complaint procedures and options.

INCIDENT DATE: June 30th 2022    TIME: _____

INCIDENT LOCATION: Rice Street

OFFICER(S)/EMPLOYEE(S) INVOLVED: Refer to body cam + Inmate #

WITNESSES/OTHER INVOLVED:

NAME: Private    CONTACT INFO: _____

NAME: Private    CONTACT INFO: _____

SPECIFIC TYPE OF ALLEGATIONS(S):
(Describe the incident in detail on attached pages)

- ☑ Unprofessional conduct
- ☐ Unreasonable use of force
- ☐ Property damage or loss
- ☑ Discrimination
- ☐ Dishonesty
- ☐ false detainment or arrest
- ☑ Other: Constitutional Rights Violated

COMPLAINANT'S INFORMATION (Required):

NAME (Print): White, Omar Mashio    TELEPHONE: 7203774

MAILING ADDRESS: 1441 Woodmont LANE 309 ATL GA 30318

With my signature I hereby certify that my description of this incident as submitted is true, accurate and complete. I understand I am submitting a formal complaint and I agree to be interviewed and to cooperate with FCSO personnel assigned to investigate this report.

SIGNED: All Rights Reserved    DATE: 7/18/23

PAGE 1 of 2



# FULTON COUNTY SHERIFF'S OFFICE
## CITIZEN'S COMPLAINT FORM
### Detailed Statement

COMPLAINANT'S INFORMATION (Required):

NAME (Print): White, Omar Mashiach   TELEPHONE: 770 374 8784

MAILING ADDRESS: 1441 Woodmont Lane 309 Atlanta, Georgia 30318

INSTRUCTIONS: In the space below, please describe in detail the incident about which you wish to complain. Please be specific about times, dates, persons involved, and their actions..

STATEMENT: Refer to attatchment

SIGNED: All Rights Reserved   DATE: 7/14/23

PAGE 2 of 2

# EXHIBIT "C"

**Atlanta Police Dept. - GA**
226 Peachtree St SW
Atlanta, GA, 30303
+1 (404) 614-6544

Incident Report 232865052-1

# Incident Report 232865052-1

**Primary Officer:** Conversions, Axon RMS (AXON-RMS-CONV)
**Zone, Beat, NPU:** Zone 5,512

## Overview

### Incident Overview

**Purpose:** Incident Report    **Primary Agency:** Atlanta Police Department    **Report Date:** 10/13/2023    **Report Time:** 13:42
**Incident From Date:** 10/15/2022    **Incident From Time:** 09:00    **Incident To Date:** 10/13/2023    **Incident To Time:** 10:35
**Location:** 136 Pryor St SW, Atlanta, GA, 30303, USA    **Location Category:** Government/Public Building    **Location Note:** J-301
**Does this incident involve Family Violence?:** No

Stop & Think

Legacy Data
**Approving Supervisor:** Joe Wagner AT: 2023-10-13 13:42:21.0000000,

## Offenses

### 26C - IMPERSONATION (26C) UNDER $10,000 - Deprecated    Author: Conversions, Axon RMS

**Offense:** 26C - IMPERSONATION (26C) UNDER $10,000 - Deprecated    **NIBRS UCR Code:** Impersonation
**Completion:** Completed
Additional Details
**Was Bias Motivation Involved?:** No    **Includes a Commercial Shipment of Freight Moving in Commerce:** No

## Names

### Suspect - Unknown Person    Author: Conversions, Axon RMS

Involvement
**Role:** Suspect    **Offense:** 26C - IMPERSONATION (26C) UNDER $10,000 - Deprecated

Identity
**Type:** No Description Available    **First Name:** Unknown

Description
**Status:** Alive

### Victim - white, omar    Author: Conversions, Axon RMS

Involvement
**Role:** Victim    **Offense:** 26C - IMPERSONATION (26C) UNDER $10,000 - Deprecated

Identity

## Names (continued)

### Victim - white, omar (continued)    Author: Conversions, Axon RMS

**Type:** Description Available    **Last Name:** white    **First Name:** omar    **DOB:** 03/28/1984    **Sex:** Male
**Race:** American Indian or Alaska native    **Ethnicity:** Not Hispanic or Latino

Relationships
**Name:** Unknown Person    **Is:** Relationship Unknown

Contact
**Address Type:** Home    **Location:** 1441 Woodmont Ln NW, Atlanta, GA, 30318, USA    **Location Note:** 309
**E-Mail:** Home: omarwhitetrust@gmail.com

Victim Details
**Victim Was Injured:** No

Description
**Status:** Alive    **Age:** 38

## Vehicles

None reported.

## Property

### Involved - IDENTITY_INTANGIBLE    Author: Conversions, Axon RMS

Involvement
**Role:** Involved    **Offense:** 26C - IMPERSONATION (26C) UNDER $10,000 - Deprecated    **Property Status:** Stolen/Etc.

Description
**Property Type:** Identity–Intangible    **Value:** $9999.99    **Recovered Value:** $9999.99    **Quantity:** 1
Description
**social security number was used Fraudulently**

**Historical RMS Status: PROP-Stolen**
Related People
**Relationship:** Owner    **Person:** white, omar

## Narrative by Conversions, Axon RMS

Note: CopLogic report. Citizens statement follows:1.During September 30th 2023, I, Omar White was pulled over and taken into custody by Cobb County police for a warrant issued in FULTON COUNTY for a person named OMR WHTE and attached to a social security number belonging to a Private Citizen; and signed off by State Court Judge Harris on petition/complaint/accusation signed by Keith Gammage.2.The name presented on the warrant fails to match the name to which the Social Security administration (federal agency) issued such number to. 3.No power of attorney or and consent

Atlanta Police Dept. - GA
**Incident Report 232865052-1**

## Narrative by Conversions, Axon RMS (continued)

was given to KEITH GAMMAGE to attach fictitious names through conversion and associate such ens legis to the living ESTATE of/for Omar White. 4.Such proof of service where extant or; the lack thereof would exclusively provide for evidence of: a.Identity theft by use of social security number through conversion.b.Identity fraud by the false imprisonment of Natural Person for a warrant issued for a fictitious person/ens legis. The social security number has value because it allows a person to get credit, employment etcBy the social being used in a fraudulent manner in this incident has caused harm and damage



FEDERAL TRADE COMMISSION
# Identity Theft Report

FTC Report Number:
165142691

I am a victim of Identity theft. This is my official statement about the crime.

## Contact Information

| First Name: | | Last Name: |
|---|---|---|
| omar | | White |

| Address: | Phone: | Email: |
|---|---|---|
| 1441 Woodmont Ln NW 309 Atlanta , GA 30318 USA | 770-374-8784 | OMARWHITETRUST@GMAIL.COM |

## Personal Statement

During September September 30th 2023, I Omar White was pulled over and taken into custody by Cobb County police in the State of Georgia because a fraudulent warrant had been issued for my arrest via my Social Security by the State Court of Georgia that is an extension of FULTON COUNTY that is part of the STATE OF GEORGIA. This fraudulent warrant stems from a court case initiated by the Solicitor General in Fulton County named Keith Gammage. Keith Gammage created a fake name and attached my social security number to that fake name and because I wasn't notified of such case a warrant was issued because I didn't make a special appearance. When I didn't show up because I wasn't lawfully served the judge assigned to that case issued a warrant. In order for that warrant to be enforced my social security number had to be attached. This is identity theft in addition to other crimes. I never gave the STATE OF GEROGIA, FULTON COUNTY, or KEITH GAMAGE the consent to use my personal information.

## Accounts Affected by the Crime

| Fraudulent Securities Account | | |
|---|---|---|
| Company or Organization: | KEITH GAMMAGE | |
| Date fraud began: | Date that I discovered it: | Total fraudulent amount: |
| 10/2022 | 9/2023 | $ 0 |

| Other Identity Theft | |
|---|---|
| Company or Organization: | the company |
| Date that I discovered it: | Total fraudulent amount: |
| 9/2023 | $ 0 |

## Suspect Information

| Name | KEITH GAMMAGE |
|---|---|
| Contact Information | **Address:** 160 PRYOR STREET S.W. SUITE J-301 ATLANTA GA 30303 USA **Email Address:** solicitorhelpdesk@fultoncountyga.gov **Phone Number:** 404-612-4800 |
| Relationship | Other |
| Additional Details | Through STATE OF GEORGIA, GOVERNMENT |

Under penalty of perjury, I declare this information is true and correct to the best of my knowledge.

I understand that knowingly making any false statements to the government may violate federal, state, or local criminal statutes, and may result in a fine, imprisonment, or both.

**omar White**                                        **10/7/2023**
omar White                                            Date

Use this form to prove to businesses and credit bureaus that you have submitted an FTC Identity Theft Report to law enforcement. Some businesses might request that you also file a report with your local police.

**From:**        USAGAN-Press E-mails
**Sent:**        Thursday, November 14, 2024 12:56 PM
**Subject:**     The United States Attorney's Office Finds Conditions at Fulton County Jail in Georgia
                 Violate the Constitution and Federal Law



# ═══ THE UNITED STATES ═══
# DEPARTMENT of JUSTICE

## United States Attorney Ryan K. Buchanan
## Northern District of Georgia

---

FOR IMMEDIATE RELEASE                          CONTACT:     Public Affairs Office
THURSDAY, NOVEMBER 14, 2024                                 404-581-6016
http://www.justice.gov/usao-ndga

## THE UNITED STATES ATTORNEY'S OFFICE FINDS CONDITIONS AT FULTON COUNTY JAIL IN GEORGIA VIOLATE THE CONSTITUTION AND FEDERAL LAW

ATLANTA - The United States Attorney's Office for the Northern District of Georgia and the Department of Justice's Civil Rights Division announced its findings concluding that Fulton County and the Fulton County Sheriff's Office routinely violate the constitutional and statutory rights of persons incarcerated at the Fulton County Jail and fail to adequately protect incarcerated persons from substantial risk of serious harm.

"In Fulton County, people in custody awaiting formal charges or trials frequently must protect themselves from brutal physical attacks, endure frequent excessive force, manage their wellbeing with inadequate food and unsanitary living conditions, and hope they can find access to a strained medical and mental health care program. This is unacceptable," said U.S. Attorney Ryan K. Buchanan. "Our Constitution requires humane conditions while incarcerated that, at a minimum, ensure people in custody are safe. The findings regarding the Fulton County Jail reveal grave and diffuse failures to safeguard the men and women housed in its facilities, including a disturbing frequency of deaths among incarcerated people. We expect Fulton County and the Fulton County Sheriff's Office to share our sense of urgency about the seriousness of the violations described in this report and to work cooperatively with our Office and the Department of Justice to remedy these systemic deficiencies in the Jail."

"Lashawn Thompson's horrific death was symptomatic of a pattern of dangerous and dehumanizing conditions in the Fulton County Jail," said Attorney General Merrick B. Garland. "The Justice Department's report concluded that Fulton County and the Fulton County Sheriff's Office allowed unsafe and unsanitary conditions at the Jail. As a result, people incarcerated in the Fulton

County Jail suffered harms from pest infestation and malnourishment and were put at substantial risk of serious harm from violence by other incarcerated people — including homicides, stabbings and sexual abuse. The unconstitutional and unlawful conditions at the Fulton County Jail have persisted for far too ong, and we are committed to working with Fulton County and the Fulton County Sheriff's office to remedy them."

"We cannot turn a blind eye to the inhumane, violent, and hazardous conditions that people are subjected to inside the Fulton County Jail," said Assistant Attorney General Kristen Clarke of the Justice Department's Civil Rights Division. "Detention in the Fulton County Jail has amounted to a death sentence for dozens of people who have been murdered or who died as a result of the atrocious conditions inside the facility. It's not just adults but also children who are subjected to conditions and treatment that violate the constitution and defy federal law. Many people held in jails in our country have not been convicted — they are awaiting hearings, trial dates or are serving short sentences for misdemeanors. At the end of the day, people do not abandon their civil and constitutional rights at the jailhouse door. Jails and prisons across the country must protect people from the kind of gross violations and unconstitutional conditions that we have uncovered here. We hope our findings report sounds an alarm that will prompt Fulton County officials to work with the Justice Department to implement the reforms necessary to ensure constitutional conditions going forward."

The 97-page report details its findings from a comprehensive investigation of the Jail, which is funded and operated by Fulton County and the Fulton County Sheriff's Office.  The investigation included the Main Jail, also known as "Rice Street," in Atlanta and three annex facilities: the Marietta Annex in Atlanta, the North Annex in Alpharetta, and the South Annex in Union City.  The Jail urrently houses around 2,000 people and in recent years the population has surpassed 3,000 people.

The report concludes that the conditions of confinement at the Jail do not meet basic constitutional standards. The noted deficiencies include the following:

- Fulton County and the Fulton County Sheriff's Office fail to protect people from the substantial risk of serious harm from violence by other incarcerated people, including homicides, stabbings, and sexual abuse.

- Officers use excessive force against incarcerated people.

- The Jail houses incarcerated people in constitutionally inadequate living conditions that are unsanitary and dangerous.

- The Jail fails to provide adequate medical and mental health services.

- The Jail's restrictive housing practices expose people, including 17-year-old children, to substantial harm, discriminate against people with mental health disabilities, and fail to provide incarcerated people due process of law.

- The Jail fails to provide special education services to 17-year-old boys and girls who are entitled to those services while they are incarcerated at the facility.

The unlawful and dangerous practices identified in the report are long-standing and have contributed to multiple deaths and other serious harm:

- From 2022 to the present, six incarcerated people have died in violence at the Jail.

- In 2023, more than 300 stabbings occurred in the Jail which involved contraband and makeshift weapons.

- Four deaths from suicide happened at the Jail in the past four years, including as recently as April of this year.

The United States conducted its investigation under the Civil Rights of Institutionalized Persons Act (CRIPA), the Americans with Disabilities Act, and 34 U.S.C. § 12601, which prohibit law enforcement officers from engaging in a pattern or practice of conduct that deprives people of rights protected by the Constitution or federal law. These statutes authorize the Attorney General to file a lawsuit in federal court seeking court-ordered remedies to eliminate a pattern or practice of unlawful conduct. Fulton County and the Fulton County Sheriff's Office have been provided written notice of the supporting facts for the conclusions in the report and the minimum remedial measures necessary to address the alleged violations.

The U.S. Attorney's Office for the Northern District of Georgia joined together with the Department of Justice Civil Rights Division's Special Litigation Section to conduct the investigation.

The case is being handled by Assistant U.S. Attorneys Tiffany Johnson, Aileen Bell Hughes, and Rebeca Ojeda of the Northern District of Georgia.

For further information please contact the U.S. Attorney's Public Affairs Office at USAGAN.PressEmails@usdoj.gov or (404) 581-6016.  To provide information related to the investigation of the Fulton County Jail, please call 1-888-473-4092 or email the Department of Justice at FultonCountyJail@usdoj.gov.

3

# EXHIBIT "D"

## OFFICE OF THE FULTON COUNTY ATTORNEY

141 Pryor Street, S.W.
Suite 4038
Atlanta, Georgia 30303

**Y. SOO JO**
County Attorney



**FULTON
COUNTY**

Telephone (404) 612-0246
Facsimile (404) 730-6324

March 16, 2022

Mr. Omar Slim White
245 North Highland Ave., Ste 230-335
Atlanta, GA 30307

Re: Open Records Request No. R002066-031522

Dear Mr. White:

This correspondence is in response to your Open Records Act Request Reference#: R002066-032521 dated March 25, 2021. Your request sought the following:

*I need the bonds for Keith E. Gammage, Patsy Y. Porter, and Christopher M. Carr*

Fulton County has no responsive documents. No bond is required for individuals listed above.

Sincerely,

Shana Eatmon
Legal Assistant



March 14, 2023

Omar Mashiach White
PMB 245 North Highland Avenue
Suite 230-2306
Atlanta GA 30318

Re:        Claimant:      **Omar Mashiach White**
           Principal:     **Public Officials**
           Bond No.:      41394252
           Surety:        **Platte River Insurance Company**
           Claim No.:     302465-02

Dear Omar Mashiach White:

We have received your notice of claim.  The only entity that has standing to make a claim on this bond is the obligee, Fulton County Georgia.  The bond protects the County from any loss it may sustain if the public officials listed in the schedule fail to faithfully perform their duties.  Consequently, we cannot consider your claim further.  A copy of the bond is enclosed.

Platte River Insurance Company reserves all rights and defenses in this matter.

Sincerely,

Patricia A. Framke, AFSB, AINS
Senior Bond Claim Specialist
Platte River Insurance Company/Capitol Indemnity Corporation
1600 Aspen Commons, Suite 300
Middleton WI 53562
Phone 608-829-4256
pframke@capspecialty.com

**Platte River Insurance Company**
*500 Northridge Rd., Suite 375, Atlanta, GA 30350*

## CONTINUATION CERTIFICATE

Platte River Insurance Company (hereinafter called the Company) hereby continues in force its Bond No.41394252 in the sum of **Three Million, Four Hundred Twenty Eight Thousand, and Five Hundred** Dollars (**$3,428,500**), on behalf of **Fulton County Public Officials On Schedule** in favor of **Fulton County, Georgia** for the (extended) term beginning on the **1st** day of **January**, **2023** and ending on the **1st** day of **January**, **2024**, subject to all the covenants and conditions of said Bond.

This continuation is executed upon the express condition that the Company's liability under said Bond, and this and all continuations thereof, shall not be cumulative and shall in no event exceed the sum of **Three Million, Four Hundred Twenty Eight Thousand, and Five Hundred** Dollars (**$3,428,500**).

IN WITNESS WHEREOF, the Company has caused this instrument to be signed by its officers proper for the purpose and its corporate seal to be hereto affixed this **41394252**.

**Platte River Insurance Company**

Attest _____    By: _____

_____
Christopher Owens, Attorney-in-fact (Title)

SGE 011 (10-06)                                                                      Page 1 of 1

## PUBLIC OFFICIAL POSITION SCHEDULE BOND

Bond No. 41394252

1. KNOW ALL MEN BY THESE PRESENTS: That Platte River Insurance Company, a Nebraska corporation, authorized to transact surety business in the State of Georgia, as Surety, is held and firmly bound unto the Fulton County, Georgia (hereinafter called Obligee) for such pecuniary loss as the Obligee shall have sustained by reason of or in consequence of the failure of any official or employee (hereinafter called official) who may now or hereafter occupy or perform the duties of any position named in the schedule of positions contained herein during the term of this bond or any renewal term thereof to faithfully perform the duties of said position. In the event said schedule includes the offices of the Fulton County Marshall department, Magistrates, Clerk to Commission, Purchasing and Contract Director, Solicitor General, Public Works Director and County Surveyor, obligation of the Surety hereunder shall be extended to include the liability of the Fulton County Marshall department, Magistrates, Clerk to Commission, Purchasing and Contract Director, Solicitor General, Public Works Director and County Surveyor for the official conduct, neglects and misdoings of their duties.

PROVIDED, HOWEVER, that this undertaking is executed by the Surety upon the following express conditions, which shall be conditions precedent to the right of recovery hereunder:

1. The liability of the Surety on account of any one official shall not exceed the amount set opposite the position in said schedule occupied by such official. The Obligee may, during the continuance of this bond, add other positions to said schedule; increase or decrease the number of officials occupying any position listed in said schedule, increase or decrease the amount of coverage carried on any position, or discontinue coverage on any position by giving written notice to the Surety, but such notice shall not be binding on the Surety until the Obligee has received the Surety's written acceptance thereof.

2. Upon discovery by the Obligee of any loss covered hereunder, this bond shall automatically be terminated as to any acts committed by the official causing the loss subsequent to the date of discovery. Coverage shall automatically continue for any successor official duly elected or appointed to occupy the position held by the official on which coverage is terminated; and the amount of coverage for that position shall be restored to the original amount as respects such successor official.

3. The term of this bond shall be one year beginning at 12:01 am on the 1st day of January, 2019. This bond may be renewed by continuation certificate.

Schedule of positions on second page of bond form

Signed, sealed and dated this 30th day of November, 2018.

Platte River Insurance Company

PUBLIC OFFICIAL POSITION SCHEDULE BOND
REVISED DECLARATIONS SCHEDULE

Attached to and forming part of Bond #20BSBEI5868
Effective 1/1/2023 to 1/1/2024

| DESIGNATION OF POSITIONS | NO. OF POSITION BEARING THIS DESIGNATION | COVERAGE ON EACH POSITION BEARING THIS DESIGNATION | TOTAL COVERAGE ON POSITIONS FOR THIS DESIGNATION |
|---|---|---|---|
| **MARSHALL DEPARTMENT:** | | | |
| Deputy Marshalls (Includes Chiefs, Corporals, Lieutenants, FTOs, Captains, Majors, Seargents, & Reserves) | 63 | $2,500 | $157,500 |
| Director, Marshall's Office | 1 | $10,000 | $10,000 |
| **MAGISTRATE COURT:** | | | |
| Magistrates (Includes Chief Magistrate) | 31 | $100,000 | $3,100,000 |
| **COUNTY COMMISSION:** | | | |
| Clerk to Commission | 1 | $10,000 | $10,000 |
| **PURCHASING & CONTRACT COMPLIANCE:** | | | |
| Director | 1 | $25,000 | $25,000 |
| **SOLICITOR GENERAL:** | | | |
| Solicitor General | 1 | $25,000 | $25,000 |
| **PUBLIC WORKS:** | | | |
| Director | 1 | $100,000 | $100,000 |
| **COUNTY SURVEYOR:** | | | |
| County Surveyor | 1 | $1,000 | $1,000 |
| Total | 100 | | $3,428,500 |

# EXHIBIT "E"



**WHITE OMAR**
TRUST THE PROCESS

FULTON COUNTY
PATSY PORTER
KEITH GAMMAGE
CHRISTOPHER SCOTT
PATRICK LABAT

## AFFIDAVIT OF FACT AND CLAIM
## NOTICE OF SUIT UNDER ARTICLE 3 CONSTITUTION FOR U.S.A.
### INVOICE: WOTINV0003

To: FULTON COUNTY, KEITH GAMMAGE, PATSY PORTER, CHRISTOPHER SCOTT, PATRICK LABAT, County and State Executives, Legislators and Judicial Officers(18USC4); the Sheriff, Marshals, Police Officers, Constables, Coroners and Citizens of the Union State of Georgia-

Please be advised that all Men or Women named herein shall be deemed to have waived immunity by failure to rebut point for point the following as presented (with 42USC1983 supplemental to any Claim and Relief-Remedy lawfully and rightfully sought) in sui juris by
I _Omar Mashiach White_____under penalty of perjury under the laws of the United States of America and evidencing the use of various government doctrines, customs and/or policy in constitutional violations, malicious prosecution, negligence and deprivation of rights.

### FACTS AND TRUTH

1. On 5/06/2022 A public notice was placed in the DAILY REPORT in FULTON COUNTY alerting the public and KEITH GAMMAGE of his role in maliciously prosecuting case 19CR002678B (EXHIBIT A)
2. On May 25th 2022 KEITH GAMMAGE failed to satisfy said obligation stated in EXHIBIT A
3. Also, during May 25th 2022 two types of hearings were scheduled in plain error in lieu of PATSY PORTER acting as judicial officer over case 19CR002678B unlawfully ignoring several objections made by Omar Mashiach White in open court by Special Appearance (EXHIBIT B).
4. A few weeks later a Motions calendar was scheduled for 1:30PM and within a 48-hour period the time was changed on two different occasions by voicemail and then electronically without proper notice being given as referenced by EXHIBIT C
5. I was not able to be in attendance due to scheduling conflicts.
6. As a result of the missed appearance resulting from schedule conflicts, PATSY PORTER issued a warrant and raised the bond amount from $5,000 to $10,000 and restricted how the bond could be satisfied which violates the 8th amendment of the United States of America constitution.
7. On June 10th 2022 CHRISTOPHER SCOTT was sent a $10,000 BOND in addition to other documents and instructions that was dishonored (EXHIBIT D) Reference 31 US CODE 9303 and 12 US CODE 411
8. A Lawful fee schedule is currently on file at FULTON COUNTY probate court under BOOK 05411 page 139-147 as well as STATE COURT OF FULTON COUNTY in addition to all agents and executives being fully aware of fees associated for any harm, violation, trespass and/or loss.
9. During June 28th 2022 around 4:30 pm eastern standard time, I Omar Mashiach White, trustee for WHITE OMAR, was traveling on Campbellton Road in Southwest Atlanta when I saw flashing lights through the rear-view mirror of private trust property. I quickly pulled over and was approached by a Man identified or acting as City/County/State Officer Thompson; an employee for the CITY OF ATLANTA, with the badge number of 7979.



**WHITE OMAR**
TRUST THE PROCESS

10. As City/County/State officer Thompson approached, I asked him what the emergency was and he ignored the lawful question several times and asked about the lawful private trust tag and drivers license (which was voluntarily turned back to the STATE OF GEORGIA as full withdrawal and revocation of any obligation established under or by such license.

11. The City/County/State officer was duly informed that any questioning would be futile but he continued to ask me questions repeatedly, upon which a lawful request for his supervisor was demanded (AS EVIDENCED BY BODYCAM).

12. Another City/County/State officer identified as D. CASTRO with Badge number 7228 approached and asked me to exit private property and to indirectly provide access to property that belongs to WHITE OMAR.

13. I duly informed City/County/State Officer D. Castro that I'm not stepping out as it was preferable to wait for a supervisor. The City/County/State officer didn't have his bodycam on until I instructed him to do so. Upon asking City/County/State Officer Castro for his badge number, I also asked City/County/State Officer Thompson which he refused to provide as he was busy trying to force the door open of private property. After the City/County/State officer unsuccessfully tried to force his way into private property, he then proceeded to put his hand inside the window that was slightly cracked of said private property and unlocked the door from the inside.

14. After unlocking the door, both City/County/State officers forcefully removed My body from the interior of My private purpose conveyance, placed me in handcuffs and proceeded to announce that the reason for detention was for the purpose of identification and was placed in another City/County/State officer's vehicle who arrived to the scene shortly after.

15. City/County/State Officer Thompson, without consent or lawful authority proceeded to search My Private purpose conveyance until he found a business card and a National Document as issued by the State Department for the United States of America (Passport).

16. Another City/County/State Officer arrived to the scene and forced a finger printing device to obtain biometric information without consent or authorization without evidence of a crime.

17. As the City/County/State Officer exercised a custom or policy by scanning my finger prints without my consent; an unrelated name returned with which the City/County/State Officer attempted to create attachment.

18. Upon informing the City/County/State Officer (whose name or badge number are unavailable but can be found on the body cam) that person found in the fingerprint database wasn't me Omar Mashiach White; I was then placed back into the police truck, at then shortly after a tow truck was called and the private purpose trust property belonging to WHITE OMAR was taken by B&L Wrecker Service, INC on behalf of the CITY OF ATLANTA.

19. Eventually I was taken to THE CITY OF ATLANTA detention center for a dormant warrant that was issued in Fulton County by PATSY PORTER during June 8th 2022 following a bond forfeiture during June 6th 2022.

*On June 30, 2022 I was transported from Atlanta Detention Center to FULTON COUNTY Jail*.



**WHITE OMAR**
TRUST THE PROCESS

20. I was held in Intake for 4 days with up to 30 other people and only one toilet while being starved of food. I have been vegan over 18 years and I alerted the captain and other employees about my dietary restrictions and allergies and I was not accommodated.

21. I requested grievance forms on several occasions and I was denied. I wasn't allowed to take a shower for four days while being in unclean and inhumane conditions. Not only were the cells over capacity I barely slept due to the limited space. I was told that I wouldn't be able to eat until I was moved and spoke to the Chaplin.

22. Towards the 5th day myself along with other inmates were moved to Classification as I was unlawfully held for over 7 business days while barely being fed. Not only were the calories limited, I was given food that was exposed to cross-contamination.

23. While in classification, I was placed in a cell where the doors were faulty which presented a tangible safety hazard to the extent, I was barely able to sleep for fear of my safety as several people had already engaged in physical violence, was stabbed, killed all while I was falsely imprisoned at FULTON COUNTY JAIL and the threat to my life and limb can be verified by the body cams of the City/County/State Officers and all other available video footage.

24. Either by policy or custom in operating a housing facility/jail, the City/County/State employees identifiable by video or pictorial presentation conducted and carried out duties in gross negligence.

For instance: An inmate attempted to kill himself and when he reported the incident to a City/County/State Officer the same City/County/State Officer made jokes and suggested that he do it.

While held for/in classification I also asked about Grievance forms in which I was denied. I was told that I would have to be moved on the main floor to access the computers which didn't work. I was moved to the 4th floor where I was placed outside for several hours where myself along with others had to sleep on the floor in plastic containers. After several hours we were placed inside a dorm where we slept on the floor creating an even bigger safety hazard.

Not only was it dangerous environment I was told that I had to wait 5 additional days until my dietary food tray would be brought to me. Upon finally being released from jail I had nightmares and mental anguish for several nights in addition to losing over 20lbs.

I was forced to BAIL out on a $10,000 cash bond despite PATRICK LABAT, BRIAN KEMP, CHRISTOPHER CARR and PATSY PORTER, receiving a copy of the $10,000 silver bond that was delivered to CHRISTOPHER SCOTT.

Any and all other information required to further substantiate any claim presented herein, shall be provided upon a full rebuttal under penalty of perjury of the points of fact and truth provided herein.

**NOW THEREFORE** By the attached invoice/Bill of Exchange for the fees and damages and violations against WHITE OMAR in addition to related claims presented by private citizen Omar Mashiach White;



By any un-rebutted facts and truth standing claim evidencing the intentional harm, physical anguish mental trauma resulting from several violations of constitutionally protected rights against Omar Mashiach White; KNOW ALL MEN THAT-

### CLAIM, DEMAND AND OPPORTUNITY TO CURE

**WHEREAS** Not only were constitutionally protected rights violated, City/County/State Officer(s) PATSY PORTER, KEITH GAMMAGE, CHRISTOPHER SCOTT, PATRICK LABAT and or his agents are liable for breach of public trust by various due process violations, negligence, deprivation of rights and using personal information that fails to be attached to any Trust or Estate Administered or Beneficially Owned By __Omar Mashiach White__ to create joinder or attachment for the purpose of defrauding the United States of America (ref. form 8300) and Private Estate and or Trusts and,

**WHEREAS** the obligations and debts accruing would be avoidable if PATSY PORTER satisfied her obligation to the constitution of the STATE OF GEORGIA and the UNITED STATES of AMERICA and;

**WHEREAS** by the damages and the refusal to drop this case, KEITH GAMMAGE has continued to maliciously prosecute a case where the alleged witness has already communicated to such state/county officer as well as PATSY PORTY of her voluntary withdrawal from the action.

**WHEREAS** based on the constitutional violations, injuries and deprivation of rights, 10 million dollars is required to satisfy all that has been unjustly endured-suffered by Omar Mashiach White.

It is by law and equity **DEMANDED and ORDERED** that the Invoice/Bill of Exchange WOTINV0003 be satisfied at a minimum of __50__ % within 21 days where any failure shall constitute full and irrevocable acceptance to issue suit against all principal parties and agencies, in both Official and Private capacity for the full satisfaction of any accrual of debt or obligations currently at 14 million Dollars in addition to other remedies.

State of: __Georgia__
County of: __Henry__
Sworn and subscribed before me this
__26__ Day of __July__ __2022__ by

Notary Public
Commission Exp. __July 9, 2025__

Omar Mashiach White, Executor, Trustee-Beneficial Owner
OMAR WHITE ESTATE-WHITE OMAR (A Private Trust)
Article 3-Court of Law and Equity Invoked-Without Prejudice





*Any and all typographical and harmless errors herein are self-correcting where presented to any competent authority.*

**WHITE OMAR**
TRUST THE PROCESS

ATLANTA MAIN OFFICE
SEP 0 2 2022
USPS ATLANTA 30304

FULTON COUNTY
141 Pryor Street
Atlanta, Georgia 30303

White, Omar Mashiach
PMB 245 North Highland Avenue
Suite 230-235 Atlanta, Georgia (NON
DOMESTIC) [ZIP Code Exempt as per
USPS1 DMM 602 1.3 e(2)]

## NOTICE OF IRREVOCABLE DEFAULT
### AFFIDAVIT OF FACT AND CLAIM INVOICE: WOTINV0003 etc...

KNOW ALL MEN BY THESE PRESENTS SHALL COME-

I, Omar Mashiach White, Natural-Private Citizen, in Propria Persona and; Sui Juris, trustee of/for WHITE OMAR™ verify, affirm and prove under penalty of perjury under the laws for the United States of America that:

**Whereas** over 30 days have passed without rebuttal or response identifying any or all defects under presentment WOTINV00000003, WOTINV0000003, WOTINV000003, WOTINV00003, WOTINV0003 and delivered by Certified Mail trackable via 70220410000320308361, 70220410000320308767, 70220410000320308804, 70220410000320308811, 70220410000320308835 evidencing-

   A. FULTON COUNTY by and through Principal and/or Agents as any elected Official Sheriff, PATRICK LABAT, Judicial Officer, PATSY PORTER, Solicitor General, KEITH GAMMAGE, Clerk, CHRISTOPHER SCOTT and all successors; stand and operate in dishonor and by any [gross] negligence have entered irrevocable default in relation to lawful instrument AFFIDAVIT OF FACT AND CLAIM WOTINV00000003, WOTINV0000003, WOTINV000003, WOTINV00003, WOTINV0003 and derivatives as Delivered by Mail during July 26th 2022.
   B. Any and all opportunity to cure has been implicitly and expressly accepted as exclusive to the full compensation and restitution as demanded for remedy and relief without further negotiations.

It is hereby **RESOLVED** in law and equity that the FULTON COUNTY and all elected officials and agents shall settle and satisfy the obligation and debts as accrued and standing as owed to:
   1. Omar Mashiach White, Principal-Executive Trustee $10,000,000 TEN MILLION DOLLARS and,
   2. WHITE OMAR™, Private-Living Trust $14,000,000 FOURTEEN MILLION DOLLARS

For the sum total of at **$24,000,000 TWENTY-FOUR MILLION DOLLARS** without prejudice and with limited recourse under Article 1 Section 10 and Article 3 of the Constitution for the United States of America in lieu of violations of **OCGA 13-8-2(a)(1)(2)(3) and other constitutional violations.**
### FINAL OPPORTUNITY TO CURE DEFAULT
### Presented Under Article 1 Section 1 Paragraph XII, XV, XXII and XXV, Georgia Constitution

It is by law and equity **DEMANDED and ORDERED** that Invoice/Bill of Exchange WOTINV0003 etc... be satisfied at a minimum of ___30___% of the principal balance herein within ___7___ days of delivery of this lawful Instrument (Notice of Irrevocable Default) where any failure shall constitute full, irrevocable acceptance and consent to bring suit at any court of competent jurisdiction for the FULL recovery of any outstanding debt or obligation in addition to other fees and penalties.

State of: Georgia
County of: Fulton
Sworn and subscribed before me this
2 Day of Sept 2022 by

Notary Public
Commission Exp. 10/7/2024

BABAJIDE COKE
NOTARY
PUBLIC
Exp. Oct. 7, 2024
FULTON COUNTY, GA

28USC1746(1)
Omar Mashiach White, Principal-Beneficial Owner
OMAR WHITE ESTATE-WHITE OMAR (A Foreign Trust)
Article 3-Court of Law and Equity Invoked-Without Prejudice

Page 1 of 1     OMAR WHITE v. FULTON COUNTY et al: Notice of Claim and Affidavit of Fact-Truth: Claim WOTINV0003 etc...

## CERTIFICATE OF SERVICE

I, Omar Mashiach White, do hereby affirm that I delivered a copy of the enclosed

IRREVOCABLE DEFAULT to the FULTON COUNTY, The Office of The County Attorney to ensure

that a copy is sent to the proper executives/agents and that a copy was placed in the United States Postal

Service for mailing to the entities named below on this 2ND day of September, 2022

ROBB PITTS
141 Pryor Street
10TH Floor
Atlanta, Georgia 30303

PATSY PORTER
185 Central Avenue S.W.
Suite T2855
Atlanta, Georgia 30303

CHRISTOPHER SCOTT
185 Central Avenue, S.W.
Suite TG-800
Atlanta, Georgia 30303

Y. SOO JO
County Attorney
141 Pryor Street, S.W.
Suite 4083
Atlanta, Georgia 30303



DICK ANDERSON
141 Pryor Street
# 10061
Atlanta, Georgia 30303

KEITH GAMMAGE
160 Pryor Street
Suite J-301
Atlanta, Georgia 30303

PATRICK LABAT
185 Central Avenue, S.W.
9th Floor
Atlanta, Georgia 30303

Omar Mashiach White
ALL RIGHTS RESERVED

Omar Mashiach White
1441 Woodmont Lane 309
Atlanta, Georgia [30318]

Omar White
1441 Woodmont Lane
309
Atlanta, Georgia 30318



Keith Gammage
Solicitor General
Fulton County
160 Pryor Street, SW
Suite J-301
Atlanta, GA 30303

CC:
Soo Jo
County Attorney
141 Pryor Street, SW
Suite 4038
Atlanta, GA 30303

CC:
FULTON COUNTY - RISK MANAGEMENT CLAIMS SERVICES
141 Pryor Street SW,
Suite 5000
Atlanta, GA 30303





# LETTER OF INTENT TO SUE

Dear Solicitor General Keith Gammage,

I hope this letter finds you well, although I must bring to your attention a matter of significant concern. This letter is issued as a Letter of Intent to Sue.

This letter shall hereby be considered formal notice that I, Omar White intend to file a lawsuit against you if you do not comply with the settlement demands set forth in this letter.

1.  During September 30th 2023, I, Omar White was pulled over and taken into custody by Cobb County police for a warrant issued in FULTON COUNTY for a person named "OMR WHTE" and attached to a social security number belonging to a Private Citizen; and signed off by State Court Judge Harris on petition/complaint/accusation signed by you Keith Gammage.

2.  The name presented on the warrant fails to match the name to which the Social Security administration (federal agency) issued such number to.

**Page 1 of 3**

3. No power of attorney and or consent was given to any man, woman or entity to attach fictitious names through conversion and associate such *ens legis* to the living ESTATE of/for Omar White.

4. Furthermore, after the State Court Action(19CR002678B) presided by Judge Patsy Y. Porter; was closed during October 2022, Omar White had no obligation to keep in contact with this court or Keith Gammage regarding any current addresses or whereabouts.

5. Service of Process was not effected and no proof of service can be provided verifying that I, Omar White was properly served so as to be aware of any court proceedings during September 2023 in case 22CR006928F.

6. Such proof of service where extant or; the lack thereof would exclusively provide for evidence of:

   a. Identity theft by use of social security number through conversion.

   b. Identity fraud by the false imprisonment of Natural Person for a warrant issued for a fictitious person/ens legis.

   c. Fraud upon the court by entry documentation falsely affirming/certifying(perjury) service of process.

**Causes of Action:**

I regret to inform you that, as a result of the issues outlined above, I intend to sue you in your official capacity for the following causes of action:

1. Negligence: Your office's negligence in handling this matter has resulted in significant harm and inconvenience.

2. Deprivation of rights under Color of Law.

3. Fraud

4. Malicious Prosecution

5. United States of America Constitutional violations

6. Harassment

7. Conspiracy Against Rights

This Notice of Intent to Sue is a formal notification that all relevant parties have been duly informed of the grievances I have suffered and the forthcoming legal action I intend to pursue. I trust that this notice will prompt a prompt resolution of this matter without the necessity of prolonged litigation.

**Settlement Demands:**

In an effort to prevent legal action, you must comply with the following settlement demands

1. Cease and desist all forms of harassment and immediately cease the fraudulent use of my Social Security number in case 22CR006928F.

2.  Pay $250,000.00 to cover the cost of, impound fees, false imprisonment, deprivation of rights under color of law, Constitution violations, negligence, pain and suffering

I kindly request that you or your legal representative contact me within 30 days of receiving this notice to discuss a potential resolution.

I urge you to take this matter seriously and act swiftly to address the issues at hand. I believe that a just resolution can be reached, which will be in the best interest of all parties involved.

This letter is not intended to be a comprehensive statement of all relevant law and facts and should not be interpreted as a waiver or relinquishment of any of the sending party's rights (Omar White) or remedies, whether legal or equitable, all of which are hereby expressly reserved, including their right to all available remedies including, but not limited to, the recovery of costs and additional fees.

Sincerely,

Omar White

ALL RIGHTS RESERVED

Omar White
1441 Woodmont Lane
Suite 309 Atlanta, Georgia 303018
12/2/2024

**To:**
FULTON COUNTY ATTORNEY'S OFFICE
Soo Jo
141 Pryor Street SW Suite 4038. Atlanta, GA 30303-3468

FULTON COUNTY COMMISSIONER
Robert Pitts- Chairman
141 Pryor Street
10th Floor
Atlanta, GA 30303

## CLAIM & DEMAND

## NOTICE OF INTENT TO FILE SUIT

Negligence, False Imprisonment, Constitutional Rights Violations, Violation of Due Process,
Deprivation of Rights Under Color of Law, Violation of Open Records Act

## REFERENCE FULTON STATE COURT CASES 22CR006928F 19CR002678B

Dear County Attorney and County Commissioner,

This letter serves as formal notice of my intent to file three separate lawsuits against Fulton
County and its officials, including Keith Gammage, Solicitor General of Fulton County; Patrick
Labat, Sheriff of Fulton County; and Samiyah Barnes, an employee of the Fulton County
Sheriff's Office. The lawsuits will address severe negligence, false imprisonment, violations of
my constitutional rights, deprivation of due process, and a violation of the Georgia Open Records
Act. This notice is being issued in compliance with all applicable laws, and my claims will be
filed either in the Superior Court of Fulton County or the United States District Court for the
Northern District of Georgia.

## Parties Involved:

- **Plaintiff:** Omar White
- **Defendants:**
    - Keith Gammage, Solicitor General of Fulton County
    - Patrick Labat, Sheriff of Fulton County
    - Samiyah Barnes, Employee of the Fulton County Sheriff's Office
    - Fulton County

## Factual Background and Claims:

1. **Negligence & Gross Mistreatment in Fulton County Jail (Patrick Labat):**
   During my wrongful detention in the Fulton County Jail beginning June 30, 2022, I was subjected to overcrowded conditions, inadequate sanitation, and was deprived of food that met my 20+ year vegan dietary restrictions. I was starved, denied access to clean clothes and showers, and repeatedly denied grievance forms. These conditions violated my Eighth and Fourteenth Amendment rights, leading to significant physical and emotional harm.

2. **Violation of Due Process and False Imprisonment (Keith Gammage):**
   On two separate occasions, I was wrongfully imprisoned:
   - First, I was detained due to a bench warrant arising from a failure to appear at a court hearing for which I did not receive proper notice.
   - Second, a new case was opened under the fraudulent name "OMR M WHTE," using my social security number. This led to my wrongful arrest on September 30, 2023, even though the statute of limitations for the charge had expired. The warrant, signed by Judge Harris and filed by Solicitor General Keith Gammage, was fraudulent, resulting in a second wrongful imprisonment.

3. **Violation of Constitutional Rights (Patrick Labat):**
   While detained, I was held in overcrowded cells with broken doors, presenting serious safety hazards. I was deprived of adequate food, sanitation, and experienced gross negligence. I witnessed an inmate attempting suicide and being mocked by an officer, further illustrating the failure of Fulton County to provide safe, humane conditions.

4. **Violation of the Georgia Open Records Act (Samiyah Barnes):**
   Despite submitting a lawful open records request for courtroom footage from my second case, Samiyah Barnes, an employee of the Fulton County Sheriff's Office, unlawfully denied my request. This violation of the Georgia Open Records Act (O.C.G.A. § 50-18-70, et seq.) obstructed my ability to fully address the violations committed against me.

## Legal Actions and Damages Sought:

I intend to pursue the following remedies and damages in three separate lawsuits:

1. **Lawsuit Against Keith Gammage (Solicitor General):**
   I will seek $2,000,000 in damages for prosecutorial misconduct, violation of my due process rights, and wrongful imprisonment due to the fraudulent case opened under a false name. This lawsuit will address Gammage's role in my unlawful detainment, violation of my civil rights, and the resulting emotional, financial, and physical damages.

2. **Lawsuit Against Patrick Labat (Sheriff of Fulton County):**
   I will seek $2,000,000 in damages for negligence, false imprisonment, and violation of my constitutional rights during my unlawful detention in Fulton County Jail. This lawsuit will address the inhumane conditions, deprivation of food, unsanitary conditions, and the emotional and physical toll resulting from these violations.

3. **Lawsuit Against Samiyah Barnes (Fulton County Sheriff's Office Employee):**
   I will seek $25,000 in damages for the violation of the Georgia Open Records Act.

Samiyah Barnes' unlawful refusal to comply with my open records request obstructed my legal efforts and deprived me of access to critical evidence.

## Conclusion:

I am prepared to file these lawsuits unless a resolution is reached within 30 days of receipt of this notice. The claims will be filed either in the Superior Court of Fulton County or the United States District Court for the Northern District of Georgia. Please contact me at 770-374-8784 to discuss any potential resolutions to these matters. If no resolution is forthcoming, I will proceed with my legal claims for the full amount of damages sought.

This letter is not intended to be a comprehensive statement of all relevant law and facts and should not be interpreted as a waiver or relinquishment of any of the sending party's rights (Omar White) or remedies, whether legal or equitable, all of which are hereby expressly reserved, including their right to all available remedies including, but not limited to, the recovery of costs and additional fees.

Sincerely,

Omar White
1441 Woodmont Lane
Suite 309 Atlanta, Georgia 303018

**CC:**
Keith Gammage, Solicitor General of Fulton County
Patrick Labat, Sheriff of Fulton County
Samiyah Barnes, Fulton County Sheriff's Office
Fulton County Board of Commissioners



Omar White

1441 Woodmont Lane Suite 309

Atlanta, GA 30318

April 1st, 2025

- Soo Jo,
  Office of the County Attorney,
  141 Pryor Street SW, Suite 4038, Atlanta, GA 30303
- Robb Pitts,
  Fulton County Board of Commissioners,
  141 Pryor Street SW, 10th Floor Atlanta, GA 30303
- Fulton County Risk Management Claims Services,
  141 Pryor Street SW, Suite 5000 Atlanta, GA 30303

## CLAIM AND DEMAND FOR SETTLEMENT – CONSTITUTIONAL VIOLATIONS IN CASE NOS. 19CR002678B, 22CR006928F, 23CIT010946, 25CR001535G etc...

Dear County Attorney and County Commissioner,

This letter serves as formal notice of my claim against Fulton County and its officials, including Solicitor-General Keith Gammage, Samiya Burns and Fulton County State Court clerks, for multiple violations of my constitutional rights under the First, Fourth, Fifth, Sixth, Eighth, and Fourteenth Amendments, pursuant to 42 U.S.C. § 1983. These violations stem from a pattern of bad faith, negligence, and conspiracy across four cases: 19CR002678B, 22CR006928F, 23CIT010946, and 25CR001535G. I demand a settlement of $2,000,000 to resolve all claims, with a response required within 30 days—by April 30, 2025—or I will proceed with federal litigation in the Northern District of Georgia, seeking compensatory damages, punitive damages, disgorgement of profits, and injunctive relief.

Statement of Violations

1. Double Jeopardy (5th Amendment)

   o Keith Gammage initiated Case No. 22CR006928F in 2022 for the same simple battery offense dismissed in October 2022 (19CR002678B), causing me to be locked up for a frivolous FTA warrant thus violating my right against double jeopardy (Blockburger v. United States, 284 U.S. 299 (1932)).

2. Due Process Violations (14th Amendment)



- o  Gammage prosecuted beyond O.C.G.A. § 17-3-1(e)'s two-year statute of limitations in 22CR006928F and 25CR001535G without due process (Toussie v. United States, 397 U.S. 112 (1970)).

- o  Fulton County State Court clerks changed my 2022 hearing time in 19CR002678B last-minute without notice, causing a June 8, 2022 FTA warrant and imprisonment, and refused certified copies of records, obstructing my federal court evidence (Goldberg v. Kelly, 397 U.S. 254 (1970); Fed. R. Evid. 901, 902).

- o  Fulton County employed impostor judges (e.g., "Jessy Lall" in 23CIT010946/25CR001535G) and ignored my unopposed February 11, 2025 Motion to Dismiss (Spikes v. Citizens State Bank, 179 Ga. App. 479 (1986)).

3.  Unreasonable Seizure (4th Amendment)

- o  Gammage misused my SSN in 22CR006928F and 25CR001535G, leading to false imprisonments in 2022 (clerk error) and September 30, 2023 (frivolous warrant), violating my rights (Katz v. United States, 389 U.S. 347 (1967)).

4.  Speedy Trial Violation (6th Amendment)

- o  Gammage delayed 19CR002678B for six years and filed new charges in 2022 and 2025, denying my speedy trial rights (Barker v. Wingo, 407 U.S. 514 (1972)).

5.  Equal Protection (14th Amendment)

- o  Defendants arbitrarily targeted me with bad-faith prosecutions, clerk errors, document refusals, and impostor judges, unlike others (Owen v. City of Independence, 445 U.S. 622 (1980)).

6.  Cruel and Unusual Punishment (8th Amendment)

- o  Fulton County failed to accommodate my vegan diet during 2022 and 2023 imprisonments at Rice Street jail, under U.S. Attorney investigation for constitutional violations, and denied grievance forms, constituting cruel and unusual punishment (Taylor v. Riojas, 141 S. Ct. 52 (2020)).

7.  Malicious Prosecution

- o  Gammage initiated 22CR006928F and 25CR001535G without probable cause, in bad faith, causing harm (Wood v. Kesler, 323 F.3d 872 (11th Cir. 2003)).



8. Gross Negligence

   o Defendants' reckless disregard—Gammage's time-barred cases, clerks' errors, and impostor judges—demonstrates gross negligence (Southard v. Belanger, 966 F. Supp. 2d 727 (W.D. Ky. 2013)).

9. Bad Faith

   o Gammage's fraudulent prosecutions, Fulton County's bond lies (March 16, 2022 denial vs. March 14, 2023 Platte River confirmation), impostor judges, and jail conditions show bad faith (Harlow v. Fitzgerald, 457 U.S. 800 (1982); Hope v. Pelzer, 536 U.S. 730 (2002)).

10. Conspiracy Against Rights (First and Fourteenth Amendments)

   o Gammage's baseless prosecutions and clerks' refusal of certified copies conspired to obstruct my access to federal courts, violating my rights (Bounds v. Smith, 430 U.S. 817 (1977)) in addition to Samiya Barnes violating the Open Records Act on 8/17/22.

Factual Background

- 2017-2022 (19CR002678B): Clerks' scheduling error led to my 2022 FTA arrest; Gammage dismissed it unprepared.

- 2022-2024 (22CR006928F): Gammage refiled beyond the statute, causing my September 30, 2023 arrest; dismissed July 8, 2024.

- 2023-2025 (23CIT010946/25CR001535G): Traffic citations were mishandled by impostor judges, with Gammage accusing me in 2025 beyond O.C.G.A. § 17-3-1(e).

- Clerk Obstruction: Fulton County clerks refuse certified copies, hindering my federal case.

- Jail Conditions: Vegan diet unmet, unclean and over crowded facilities, having to sleep on the floor, safety hazards, grievances denied at Rice Street in 2022 and 2023.

- Prior Notices: Demand letters (July 25, 2022: $10,000,000; November 2, 2023: $250,000) were ignored or denied (October 18, 2022); complaints to U.S. Attorney (November 17, 2023) and PAQC (March 26, 2025) unheeded.

Damages and Liability

These actions caused:

- Actual Damages: $20,000 (lost wages, impound fees, legal research, distress), per receipts and logs.

- Broader Harms: Emotional distress, reputational damage, and ongoing legal burdens exceed prior estimates, justifying a higher award.

- Fulton County's Liability: Under Monell, your policies, customs, and failure to supervise Gammage and clerks directly caused these violations, stripping immunity (Owen v. City of Independence). Gammage's bad faith and clerks' conspiracy negate qualified immunity (Harlow; Hafer v. Melo, 502 U.S. 21 (1991)).

Settlement Demand

To avoid litigation, I demand $2,000,000 to settle all claims, reflecting:

- Compensatory damages for tangible and intangible harms.

- Punitive damages for egregious bad faith and conspiracy.

- Costs of ongoing legal defense and evidence obstruction.
  This offer exceeds prior demands due to escalated violations (e.g., 25CR001535G, clerk refusals) and Fulton County's refusal to address earlier notices.

Opportunity to Correct

You have 30 days from receipt—until April 30, 2025—to respond with payment or a counteroffer. Send responses to:
Omar White
1441 Woodmont Lane Suite 309
Atlanta, GA 30318

Failure to respond will result in a federal lawsuit filed on or after May 1, 2025, seeking:

- Compensatory damages exceeding $19,000.

- Punitive damages of at least $50,000.

- Disgorgement of $15,000 in profits from Gammage's office.

- Injunctions halting 25CR001535G, barring SSN misuse, and ordering certified copies.

- Attorney fees and costs under 42 U.S.C. § 1988.

Your prior inaction on my July 25, 2022, and November 2, 2023 demands heightens the urgency of this offer. Act now to avoid escalated legal consequences.

Respectfully,

Omar White

**ALL RIGHTS RESERVED**

This letter is not intended to be a comprehensive statement of all relevant law and facts and should not be interpreted as a waiver or relinquishment of any of the sending party's rights (Omar White) or remedies, whether legal or equitable, all of which are hereby expressly reserved, including their right to all available remedies including, but not limited to, the recovery of costs and additional fees.



# WHITE OMAR

OMAR WHITE ESTATE
1441 Woodmont Lane 309
Atlanta Georgia, United States of America
Non-domestic/Non-resident [30318]

**WOTINV**
WOTINV00000003

**DATE**
07/25/2022

**DUE DATE**
08/15/2022

**BALANCE DUE**
USD $14,000,000.00

**BILL TO**

## PATRICK LABAT

185 Central Avenue, S.W. 9th Floor Atlanta, Georgia 30303

| DESCRIPTION | RATE | QTY | AMOUNT |
|---|---|---|---|
| **Violations/Injuries**<br>Reference Attached Affidavit of Fact and Claim | $14,000,000.00 | 1 | $14,000,000.00 |

| | | |
|---|---|---|
| **TOTAL** | | $14,000,000.00 |
| **BALANCE DUE** | | **USD $14,000,000.00** |

## Payment Info

**PAYMENT INSTRUCTIONS**
Gold, Silver and/or; other lawful currency as Cash, Money
Order or Check

**BY CHECK**
The Order of WHITE OMAR

**OTHER**
This invoice shall be presented to the Internal Revenue as
a Bill of Exchange as under 31USC9303 coupled with form
8300 by any failure to return or protest within time
assigned for satisfaction in addition to other lawful and
equitable relief and remedies.



7022 0410 0003 2030 8361

**Certified Mail as Delivered to Obligor/Payor**
Any or all debts and obligations shall be satisfied in
Official or Private/Individual Capacity or both.



**WHITE OMAR**

OMAR WHITE ESTATE
1441 Woodmont Lane 309
Atlanta Georgia, United States of America
Non-domestic/Non-resident [30318]

**WOTINV**
WOTINV000003

**DATE**
07/26/2022

**DUE DATE**
08/16/2022

**BALANCE DUE**
USD $14,000,000.00

---

**BILL TO**

## KEITH GAMMAGE

Solicitor General, Fulton County
160 Pryor Street, Suite J-301
Atlanta Georgia 30303

| DESCRIPTION | RATE | QTY | AMOUNT |
|---|---|---|---|
| **Violations/Injuries**<br>Reference attached Affidavit of Fact and Claim | $14,000,000.00 | 1 | $14,000,000.00 |
| | **TOTAL** | | $14,000,000.00 |
| | **BALANCE DUE** | | **USD $14,000,000.00** |

## Payment Info

**PAYMENT INSTRUCTIONS**

Gold, Silver and/or; other lawful currency as Cash, Money
Order or Check

**BY CHECK**

The Order of WHITE OMAR

**OTHER**

This invoice shall be presented to the Internal Revenue as
a Bill of Exchange as under 31USC9303 coupled with form
8300 by any failure to return or protest within time
assigned for satisfaction in addition to other lawful and
equitable relief and remedies.

Page 1 of 2



**7022 0410 0003 2030 8811**

**Certified Mail as Delivered to Obligor/Payor**
Any or all debts and obligations shall be satisfied in
Official or Private/Individual Capacity or both.



**WHITE OMAR**

OMAR WHITE ESTATE
1441 Woodmont Lane 309
Atlanta Georgia, United States of America
Non-domestic/Non-resident [30318]

**WOTINV**
WOTINV0003

**DATE**
07/26/2022

**DUE DATE**
08/16/2022

**BALANCE DUE**
USD $14,000,000.00

---

**BILL TO**

## FULTON COUNTY

Care of Richard Anderson, Principal-Executive
141 Pryor Street Southwest Suite 4083
Atlanta, Georgia 30303

| DESCRIPTION | RATE | QTY | AMOUNT |
|---|---|---|---|
| **Violations/Injuries**<br>Reference attached Affidavit of Fact and Claim | $14,000,000.00 | 1 | $14,000,000.00 |

| | | |
|---|---|---|
| **TOTAL** | | $14,000,000.00 |
| **BALANCE DUE** | | **USD $14,000,000.00** |

## Payment Info

**PAYMENT INSTRUCTIONS**

Gold, Silver and/or; other lawful currency as Cash, Money
Order or Check

**BY CHECK**

The Order of WHITE OMAR

**OTHER**

This invoice shall be presented to the Internal Revenue as
a Bill of Exchange as under 31USC9303 coupled with form
8300 by any failure to return or protest within time
assigned for satisfaction in addition to other lawful and
equitable relief and remedies.



**7022 0410 0003 2030 8835**
**Certified Mail as Delivered to Obligor/Payor**
Any or all debts and obligations shall be satisfied in
Official or Private/Individual Capacity.

# EXHIBIT "F"



**U.S. Department of Justice**
United States Attorney
Northern District of Georgia

*Richard Russell Federal
Building 75 Ted Turner Dr. S.W.,
Suite 600 Atlanta, Georgia
30303*

*Telephone: (404) 581-6000
Fax: (404) 581-6181*

# CIVIL RIGHTS COMPLAINT FORM

Thank you for contacting the U.S. Attorney's Office. Our office is responsible for enforcing the federal civil rights laws within the Northern District of Georgia. We therefore welcome information from the public that brings to our attention possible violations of our Nation's civil rights laws.

Please complete this form in its entirety. Please be specific so that we can determine if federal jurisdiction exists, and if so, which federal agency would be best for you to contact for further assistance.

| Person filing complaint: | Person/Entity you are filing complaint about: |
|---|---|
| Name **Omar White** | Name **Patrick LAbat , Keith Gammage** |
| Address **1441 WoodMont LANE** | Address **141 Pryor Street S.W.** **FulTon County Attorneys office** |
| Address (Line 2) **Suite 309** | Address (Line 2) **Suite 4038** |
| City, State **Atlanta, Georgia** Zip Code **30318** | City, State **Atlanta GA** Zip Code |
| County **De'vonte Fulton County** | County **Fulton County** |
| Phone **Private** | Phone |

**Nature of alleged Civil Rights Violation:**

☐ Abortion Clinic Access
☐ Credit/ Lending Opportunities
☐ Disability Rights or Access
☐ Educational Opportunities
☐ Employment Discrimination
☐ Hate Crime
☐ Housing Discrimination

☒ Human Trafficking
☒ Law Enforcement Misconduct
☐ Military/Veteran Status
☒ Prisoner or Institutionalized Person Rights
☐ Religious Land Use
☐ Voting Rights
☒ Other: **42USC 1983 violations**

**What do you believe was the reason for the discrimination?**
[ ] Disability [ ] National Origin [X] Race [X] Religion [ ] Sexual Orientation [ ] Other:_____

**RECEIVED**

**DEC 03 2024**

**U.S. ATTORNEY
ATLANTA, GA**

Page 2

**Please clearly describe the violations of the civil rights laws that you would like to bring to our attention. Please include copies of supporting documentation, but DO NOT send original documents:**

Patrick LABAT violated my constitunl rights while under his care at Fulton County Rice Street jail. Keith Gammage stole my identity + violated my constitnl rights

<Attach additional page(s) if necessary>

**Are you represented by an attorney in this matter?** [ ] Yes ☒ No    If yes, please provide name of attorney, address and phone number.

Name_____    Phone_____

Address_____

**Have you filed a lawsuit concerning this matter?** [ ] Yes ☒ No    If yes, please provide the case name, court in which the case was brought, and the status of the case.

**Have you filed a complaint about this matter with any other federal, state, or governmental agency?** ☒ Yes ☒ No    If yes, please list the agency, contact person, phone, and status of the complaint.

Fulton County Sheriffs Department
FTC
PAQ

Page 3

---

Although the volume of information we receive from concerned members of the public prevents us from responding to every complaint we receive, be assured that we will carefully consider the information you have provided us to determine whether a violation of the federal civil rights laws may have occurred and, if so, whether this Office has enforcement authority with respect to such a violation. If we determine that your letter raises a potential violation of federal civil rights law that would be within the jurisdiction of this Office to investigate and that further information from you is necessary for our investigation, you will be contacted.

---

\*\*\*SUBMITTING A COMPLAINT TO THIS OFFICE HAS NO EFFECT ON ANY STATUE OF LIMITATIONS THAT MIGHT APPLY TO ANY CLAIM YOU MAY HAVE. BY SUBMITTING THIS COMPLAINT YOU HAVE NOT COMMENCED A LAWSUIT OR OTHER LEGAL PROCEEDING, AND THIS OFFICE HAS NOT INITIATED A SUIT OR PROCEEDING ON YOUR BEHALF. IF YOU BELIEVE YOUR CIVIL RIGHTS HAVE BEEN VIOLATED AND YOU INTEND TO SUE FOR MONEY OR OTHER RELIEF, YOU SHOULD CONTACT A PRIVATE ATTORNEY. \*\*\*

---

Signature: _Emma White_ All Rights Reserved    Date: 12-3-2024

Send this complaint form to the following address:

**U.S Attorney's Office**
**Public Integrity and Civil Rights Section**
**Attention: Civil Rights Coordinator**
**Richard Russell Federal Building**
**75 Ted Turner Dr., S.W., Suite 600**
**Atlanta, Georgia 30303**

RECEIVED

DEC 03 2024

U.S. ATTORNEY
ATLANTA, GA

Omar Mashiach White
1441 Woodmont Lane 309
Atlanta, Georgia [30318]

Omar White
1441 Woodmont Lane
Suite 309
Atlanta, Georgia 30318





Certified Mail: 7021 1970 0000 2501 6511

Ryan K. Buchanan - U.S. Attorney
U.S. Attorney's Office for the Northern District of The United States
Richard B. Russell Federal Building
75 Ted Turner Dr. SW
Suite 600
Atlanta, Georgia 30303-3309
ryan.buchanan@usdoj.gov

## Request for Investigation, Complaint and Legal Action Against Fulton County Solicitor General Keith Gammage

Dear U.S. Attorney Buchanan,

I trust this letter finds you well. I am writing to bring to your attention a matter of great concern regarding the conduct of Fulton County Solicitor General Keith Gammage. I am seeking your intervention and investigation into actions that have not only violated my constitutional rights but have also led to a grave miscarriage of justice.

In 2017, I Omar White a private citizen was charged with simple battery in Fulton County State court case 19CR002678B. After six years of fighting for my freedom and innocence, the prosecution chose to dismiss the charges during jury selection. However, a week later without my knowledge, Solicitor General Gammage, without properly serving me, initiated a new criminal matter, bringing charges of the same offense under a new Fulton County State court case 22CR006928F. What is particularly egregious is that he utilized a false name for the defendant while fraudulently attaching it to my social security number. So, in other words, it gives the public the false appearance that the same person is being charged for the same crime using a fake name and a social security number that's connected to my private estate from the 2017 case (19CR002678B) and again in this new case (22CR006928F).

This deceitful act and malicious prosecutorial misconduct led to my wrongful arrest and incarceration during September 30th 2023. I, Omar White was pulled over and taken into custody by Cobb County police for a warrant issued in FULTON COUNTY for a person named "OMR WHTE" and attached to a social security number belonging to a Private Citizen; and signed off by State Court Judge Harris on petition/complaint/accusation signed by Keith Gammage for a case that had been dismissed prior.

The name presented on the warrant failed to match the name to which the Social Security administration (federal agency) issued such number to.

No power of attorney or consent was given to any man, woman or entity to attach fictitious names through conversion and associate such *ens legis* to the living ESTATE of/for Omar White. The warrant for my arrest was issued without my knowledge, and I was detained for a case I had no awareness of. This not only constitutes double jeopardy but also involves a myriad of federal violations, including but not limited to:

1. **Violation of the Fifth Amendment:**

   - The Double Jeopardy Clause protects individuals from being tried or punished for the same offense more than once. Failure to adhere to due process and the reopening of a new case after the dismissal of the initial matter constitutes a clear violation of this constitutional right.


2. **Violation of the Sixth Amendment:**

   - The right to a speedy trial is a fundamental constitutional right. The initiation of a new case after a prolonged legal battle violates this right, causing undue delay and harm.


3. **Violation of 18 U.S.C. § 242:**

   - Deprivation of rights under color of law is evident in the fraudulent actions of Solicitor General Gammage, leading to identify fraud, malicious prosecution a false arrest and imprisonment.


4. **Fourth Amendment Violation:**

   - The fraudulent use of my social security number and the initiation of legal proceedings based on outdated and false information constitute a violation of the Fourth Amendment's protection against unreasonable searches and seizures. The right to be secure in our persons, houses, papers, and effects includes protection against identity theft and false charges.


In support of these claims, I would like to reference relevant case law and legal principles:

- **Monell v. Department of Soc. Svcs., 436 U.S. 658 (1978):**

"Local governing bodies (and local officials sued in their official capacities) can, therefore, be sued directly under § 1983 for monetary, declaratory, and injunctive relief in those situations where, as here, the action that is alleged to be unconstitutional implements or executes a policy statement, ordinance, regulation, or decision officially adopted or promulgated by those whose edicts or acts may fairly be said to represent official policy"

- **Katz v. United States, 389 U.S. 347 (1967):**

"The Fourth Amendment protects people, not places. The Fourth Amendment protects people wherever they may be."

In light of these serious offenses, I kindly request that your office launch a thorough investigation into the actions of Solicitor General Keith Gammage and ensure that justice is served. The conduct described here raises concerns about abuse of power, malicious intent, and a blatant disregard for the principles of justice.

I understand the importance of your office in upholding the law and ensuring the fair and just treatment of all citizens. I urge you to take swift and decisive action to address this matter. Please inform me of the steps you intend to take within 30 days of receiving this notice, as I am compelled to pursue legal action against Solicitor General Gammage in federal court for the violations of my constitutional rights.

Thank you for your attention to this urgent matter, and I trust that your office will uphold the principles of justice in this investigation.

Sincerely,

**Omar White**

**ALL RIGHTS RESERVED**

Omar Mashiach White
1441 Woodmont Lane 309
Atlanta, Georgia [30318]



**WHITE OMAR**
TRUST THE PROCESS

March 26, 2025

**Omar White™**
1441 Woodmont Lane
Suite 309
Atlanta, Georgia 30318

Certified Mail:70210950000148548783, 70210950000148548806

TO:

**Ian Heap**
Executive Director
Prosecuting Attorneys Qualifications Commission
463 Johnny Mercer Blvd B-7, Box 318
Savannah, GA 31410



CC:
**Keith Gammage**
Solicitor-General of Fulton County
160 Pryor Street SW, Suite J-301
Atlanta, GA 30303

## COMPLAINT AGAINST KEITH GAMMAGE, SOLICITOR-GENERAL OF FULTON COUNTY

Dear Mr. Heap,

I, Omar White, a Man of GOD, an American Indian, non-resident, private citizen, Grantor, and Trustee for OMAR WHITE ESTATE™ and WHITE OMAR™ (private trust), extend respectful greetings to you. I bring to your attention a grave situation involving a miscarriage of justice.

I submit this complaint against Keith Gammage, Solicitor-General of Fulton County, pursuant to the authority of the Prosecuting Attorneys Qualifications Commission (PAQC) to investigate and discipline prosecuting attorneys for misconduct and incapacity. Gammage's actions, spanning from 2022 to the present, demonstrate a pattern of egregious misconduct violating ethical standards, Georgia law, and my constitutional rights. I request a formal investigation and appropriate disciplinary action, including potential removal, to protect the public and uphold justice.

JURISDICTION

1. The PAQC has jurisdiction over Gammage, an elected Solicitor-General, regarding allegations of misconduct under its disciplinary authority.

Refrence case: 23CIT010946 U.S. 25CR0015356!

STATEMENT OF FACTS

Past Violations (2022-2023)

2. **2022 Simple Battery Case**: In 2022, I prevailed in a simple battery case in Fulton County State Court 19CR002678B that first started in 2017. Weeks later, Gammage initiated a new prosecution under a fictitious name, "OMR WHTE," without due process (reference Fulton County State court case 22CR006928F), attaching my Social Security Number without consent to a fictious name.

3. **False Imprisonment**: On September 30, 2023, I was falsely imprisoned by Cobb County police on a frivolous Fulton County warrant initiated by Gammage issued after dismissal in Case No. 19CR002678B (reference Exhibit A) and beyond Georgia's statute of limitations (O.C.G.A. § 17-3-1), with no due process.

4. **Traffic Case**: In March of 2025, Gammage has maliciously attempted to prosecute me indirectly by using a fake name OMAR M. WHTE in a traffic case (**Fulton County State Court case 25CR001535**) after O.C.G.A. § 17-3-1's two-year limit, without properly establishing in personam jurisdiction and in rem jurisdiction. Gammage failed to respond within 30 days (Reference Docket Entry Verifying Non-Response), yet continued the prosecution.

23CIT010946

6. On March 24, 2025, a hearing in Case No. 25CR001535 was presided over by an unidentified woman posing as Judge Jessy Lall, who closed the case and referred it to Gammage's office (Exhibit B)

7. Hours later, the case was reopened, assigned to Judge John Mather, and a jury trial scheduled without my consent, allegedly by "Judge Jessy Lall," who was not present.

8. On March 25, 2025, Gammage deceptively amended the accusation beyond O.C.G.A. § 17-3-1, without due process all while attempting to prosecute a fictitious person OMAR M WHTE while using my social security number to proceed.


GROUNDS FOR DISCIPLINARY ACTION

9. Ethical Violations: Gammage's conduct breaches the Georgia Rules of Professional Conduct, including:

   o  Rule 3.1: Pursuing frivolous or meritless claims

   o  Rule 3.3: Candor to the tribunal, undermined by deceptive amendments and fictitious names

- o    Rule 8.4: Misconduct involving dishonesty, fraud, and prejudice to justice (e.g., SSN misuse, conspiracy).

10. Violation of Georgia Law:

- o    Prosecuting beyond O.C.G.A. § 17-3-1 exceeds lawful authority, rendering his actions void .

11. Constitutional Violations:

- o    1st Amendment: Obstructing my right to petition by ignoring motions (Exhibits J, N) and notice (Exhibit G), per Shuttlesworth v. City of Birmingham, 394 U.S. 147 (1969).

- o    4th Amendment: SSN misuse and false imprisonment.

- o    14th Amendment: No due process.

12. Pattern of Misconduct: Gammage's repeated abuses—post-dismissal prosecutions, time-barred cases and conspiracy with judicial actors show willful disregard for law and ethics, per Hope v. Pelzer, 536 U.S. 730 (2002).

REQUEST FOR ACTION

I respectfully request that the PAQC:

1.    Investigate Gammage's past and current misconduct as detailed herein.

2.    Impose disciplinary measures, up to and including removal from office, for his violations of ethical standards, Georgia law, and constitutional rights.

3.    Provide me with updates on the investigation's progress and outcome.

Thank you for your attention to this grave matter. Gammage's actions have caused me significant harm, and I trust the PAQC will act to uphold justice.

Thank you for your service

Omar White™

Grantor, Trustee

OMAR WHITE ESTATE™, WHITE OMAR™

ALL RIGHTS RESERVED

**Isaiah 10:1-2 (KJV)**

"Woe unto them that decree unrighteous decrees, and that write grievousness which they have prescribed; To turn aside the needy from judgment, and to take away the right from the poor of my people, that widows may be their prey, and that they may rob the fatherless!"

**AFFIDAVIT IN SUPPORT OF COMPLAINT AGAINST KEITH GAMMAGE**

I, Omar White, being of sound mind and over the age of 18, do hereby swear and affirm under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following facts are true and correct to the best of my knowledge:

1. I am of sound mind and the age of majority and I submit this affidavit to support my complaint against Keith Gammage, Solicitor-General of Fulton County, filed with the Prosecuting Attorneys Qualifications Commission (PAQC) on March 26, 2025.

2. In 2022, I prevailed in a simple battery case in Fulton County State Court. Weeks later, Keith Gammage initiated a new prosecution against me under the fictitious name "OMR WHTE" without due process, attaching my Social Security Number without my consent. I never authorized such use of my identity.

3. False Imprisonment: On September 30, 2023, I was pulled over and falsely imprisoned by Cobb County police based on a Fulton County bench warrant signed by Gammage. This warrant was issued after the dismissal with prejudice of Case No. 19CR002678B, beyond the two-year statute of limitations under O.C.G.A. § 17-3-1, and without any service of process. This caused me significant distress and fear for my liberty.

4. In Case No. 25CR001535, Gammage attempted to prosecute me maliciously using a fictitious name in a traffic case after the statute of limitations under O.C.G.A. § 17-3-1 had expired. I filed a Motion to Dismiss for lack of in personam jurisdiction, to which Gammage failed to respond within 30 days. Despite this, he persisted with the prosecution, further violating my rights.

5. On March 24, 2025, I attended a hearing in Case No. 25CR001535 as an interested party, where an unidentified woman posing as Judge Jessy Lall presided and closed the case, referring it to Gammage's office due to a felony attachment. I asserted no consent to the court's jurisdiction or to a jury trial during this hearing.

6. Hours later, on March 24, 2025, I reviewed the court record and discovered the case had been reopened, assigned to Judge John Mather, and a jury trial scheduled without my knowledge or consent, allegedly at the direction of "Judge Jessy Lall," who was not present at the hearing.

7. On March 25, 2025, Gammage amended the accusation in Case No. 25CR001535 beyond the statute of limitations under O.C.G.A. § 17-3-1, without due process and again misused my Social Security Number under the name "OMAR M WHTE." This

- Rule 8.4: Misconduct involving dishonesty, fraud, and prejudice to justice (e.g., SSN misuse, conspiracy).

10. Violation of Georgia Law:

- Prosecuting beyond O.C.G.A. § 17-3-1 exceeds lawful authority, rendering his actions void .

11. Constitutional Violations:

- 1st Amendment: Obstructing my right to petition by ignoring motions (Exhibits J, N) and notice (Exhibit G), per Shuttlesworth v. City of Birmingham, 394 U.S. 147 (1969).

- 4th Amendment: SSN misuse and false imprisonment.

- 14th Amendment: No due process.

12. Pattern of Misconduct: Gammage's repeated abuses—post-dismissal prosecutions, time-barred cases and conspiracy with judicial actors show willful disregard for law and ethics, per Hope v. Pelzer, 536 U.S. 730 (2002).

REQUEST FOR ACTION

I respectfully request that the PAQC:

1. Investigate Gammage's past and current misconduct as detailed herein.

2. Impose disciplinary measures, up to and including removal from office, for his violations of ethical standards, Georgia law, and constitutional rights.

3. Provide me with updates on the investigation's progress and outcome.

Thank you for your attention to this grave matter. Gammage's actions have caused me significant harm, and I trust the PAQC will act to uphold justice.

Thank you for your service

Sworn to and subscribed before me this _____ day of ____ 20__

Omar White™

Grantor, Trustee

OMAR WHITE ESTATE™, WHITE OMAR™

ALL RIGHTS RESERVED

**Isaiah 10:1-2 (KJV)**

"Woe unto them that decree unrighteous decrees, and that write grievousness which they have prescribed; To turn aside the needy from judgment, and to take away the right from the poor of my people, that widows may be their prey, and that they may rob the fatherless!"

# EXHIBIT "A"



# EXHIBIT "B"





**WHITE OMAR**
TRUST THE PROCESS

March 26, 2025

**Omar White™**
1441 Woodmont Lane
Suite 309
Atlanta, Georgia 30318

Certified Mail:70210950000148548653, 70210950000148548660, 70210950000148548677

TO:

**The Honorable, Wesley Tailor**
**IN CHAMBERS**
185 Central Avenue
SW Suite T-3905
Atlanta Georgia 30303



**Courtney Veal**
244 Washington Street, SW Suite 440
Atlanta, Georgia 30334

CC: **The Honorable, John Mather**
185 Central Avenue, Suite T2905
Atlanta, Georgia 30303

# JUDICIAL COMPLAINT

Greetings Honorable Judge Tailor and Director Veal,

I, Omar White, a Man of GOD, an American Indian, non-resident, private citizen, Grantor, and Trustee for OMAR WHITE ESTATE™ and WHITE OMAR™ (private trust), and friend of the court extend respectful greetings to you. I bring to your attention a grave situation involving a miscarriage of justice.

I am an interested party in **Fulton County State Court case 25CR001535.** A hearing was held on **March 24, 2025,** during which an unknown woman, acting as the judicial officer, falsely identified as **Judge Jessy Lall**, presided over the case. She **closed the case, citing that a felony was attached to the charges in question, and referred the entire matter back to the Solicitor's Office** (see Exhibit A).

However, upon reviewing the record a few hours later, I noticed the case had been **reopened.** The **Honorable John Mather** was now assigned, and a **jury trial had been requested—allegedly by Judge Jessy Lall, who was not even present during the 3/24/2025 hearing.**

Regardless of whether an **unknown woman, acting as another person, presided over the case that day, I never consented to a jury trial** nor did I **submit to the jurisdiction of the**

Reference Case: 23CITO10946 v.s. 25CR001535G!

Regardless of whether an **unknown woman, acting as another person, presided over the case that day, I never consented to a jury trial** nor did I **submit to the jurisdiction of the court,** as evidenced by the record. I never authorized this woman or any judicial officer to act on my behalf. This appears to be a **conspiracy against my rights at the highest level, with multiple state actors colluding to undermine my rights**.

Furthermore, I reached out to **Ronda Bolton, the litigation manager for Judge Mather,** and expressed my concerns via email (see Exhibit B), yet she never responded. Then, on **March 25, 2025,** the **accusation was deceptively amended by Keith Gammage without due process and beyond the statute of limitations**.

This conduct **violates multiple provisions** of the **Georgia Code of Judicial Conduct,** including:

- **Rule 1.2:** Judges must uphold **public confidence in the judiciary** by acting with **independence, integrity, and impartiality**.

- **Rule 2.2:** Judges must **apply the law fairly and impartially**.

- **Rule 2.3:** Judges must perform duties **without bias or prejudice** and **prevent staff** from doing so.

- **Rule 2.4:** Judges **must not be influenced by external pressures** or convey favoritism.

These actions **threaten the integrity of the judicial process** and impose undue legal burdens on me. **I respectfully demand a formal investigation into this matter to ensure that all judicial officers and state actors involved are held accountable and that my estate and private trust are protected from further harm. Unfortunately this is not my first time having to jump through unnecessary legal obstacles to ensure Fulton County judges and staff remain in honor.**

Thank you for your service

Omar White™

Grantor, Trustee

OMAR WHITE ESTATE™, WHITE OMAR™

ALL RIGHTS RESERVED

**Isaiah 10:1-2 (KJV)**

"Woe unto them that decree unrighteous decrees, and that write grievousness which they have prescribed; To turn aside the needy from judgment, and to take away the right from the poor of my people, that widows may be their prey, and that they may rob the fatherless!"

## AFFIDAVIT OF OMAR WHITE IN SUPPORT OF JUDICIAL COMPLAINT

I, Omar White, being of sound mind and the age of majority, do hereby swear and affirm under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following facts are true and correct to the best of my knowledge:

1. I am a private citizen, an American Indian, non-resident, Grantor, and Trustee for OMAR WHITE ESTATE™ and WHITE OMAR™ (private trust). I submit this affidavit to support my judicial complaint filed with the Georgia Judicial Qualifications Commission on March 26, 2025, addressing a miscarriage of justice in Fulton County State Court Case No. 25CR001535.

2. I am an interested party in Case No. 25CR001535. On March 24, 2025, I attended a hearing in this case where an unidentified woman, falsely acting as Judge Jessy Lall, presided as the judicial officer. This woman closed the case, stating that a felony was attached to the charges, and referred the matter back to the Solicitor's Office.

3. A few hours later, on March 24, 2025, I reviewed the court record and discovered that the case had been reopened. The Honorable John Mather was now assigned as the judge, and a jury trial had been requested, allegedly by Judge Jessy Lall, despite her absence from the hearing I attended.

4. I never consented to a jury trial, nor did I submit to the jurisdiction of the court during the March 24, 2025 hearing or at any other time. I did not authorize this unidentified woman, Judge Jessy Lall, Judge John Mather, or any judicial officer to act on my behalf or make decisions in this case.

5. On March 24, 2025, I emailed Ronda Bolton, the litigation manager for Judge Mather, to express my concerns about the unauthorized reopening of the case and the judicial misconduct I witnessed. She never responded to my email, leaving me without recourse through official channels.

6. On March 25, 2025, Keith Gammage, Solicitor-General of Fulton County, deceptively amended the accusation in Case No. 25CR001535 without providing me notice or due process, and beyond the statute of limitations under Georgia law. This amendment followed the judicial irregularities I observed, suggesting a coordinated effort among state actors.

7. These actions—the impersonation of a judge, the unauthorized reopening of a closed case, the scheduling of a jury trial without my consent, Bolton's failure to respond, and Gammage's deceptive amendment—appear to constitute a

conspiracy against my rights by multiple state actors at the highest level. This misconduct threatens my estate, my trust, and my personal liberty.

8. This is not the first time I have faced unnecessary legal obstacles in Fulton County to ensure that judges and court staff act honorably. The repeated nature of these incidents has caused me significant emotional distress, financial burden, and fear of further injustice.

9. I believe this conduct violates the Georgia Code of Judicial Conduct, including rules requiring judges to uphold public confidence through independence, integrity, and impartiality; to apply the law fairly; to perform duties without bias or prejudice; and to avoid external pressures or favoritism.

Further Affiant sayeth not.

I affirm and attest that the statements made in this affidavit are true, correct, and made in good faith under penalty of perjury under the laws of the United States of America.

Executed on this 26 day of March 2025 IN THE YEAR OF OUR LORD.

**Omar White**

**Grantor & Trustee for OMAR WHITE ESTATE™ and WHITE OMAR™ (Private Trust)**

**Non-Resident, Private Citizen, American Indian**

State of: Georgia

County of: Cobb

Sworn and subscribed before me this

26th Day of March

Commission Exp.

# EXHIBIT "A"



# EXHIBIT "B"

 Gmail

## Case 25CR001535
1 message

**OMAR WHITE** <omarwhitetrust@gmail.com>
To: ronda.bolton@fultoncountyga.gov
Bcc: ceomrwhite@protonmail.com, rawvegangod@gmail.com

Greetings Ms. Bolton,

I am an interested party in case **25CR001535**. A hearing was held today, **March 24, 2025**, during which the judicial officer assigned to the case closed it, as a felony was attached to the charg

Upon reviewing the record a few hours later, I noticed that **the Honorable John Mather** was assigned to the case and that a jury trial had been requested. However, I never consented to a ju

Furthermore, if **Judge Mather** has been officially assigned to the case, could you kindly confirm this so that I may prepare a new **Proposed Order**? If you check the record, you will see that a **6.2.**

### Legal References:

**Spikes v. Citizens State Bank**, 179 Ga. App. 479, 480-481, 347 S.E.2d 310, 311 (1986):
*"Rule 6.2 requires a party who opposes a motion to file a response, reply memorandum, affidavits, or other responsive material no later than 30 days after service of the motion, unless otherw*

**Landsberg v. Powell**, 278 Ga. App. 685, 627 S.E.2d 922 (2006):
*"Instead, the court entered orders on August 3, 2004, granting Powell's 'unopposed' motions to open default, for summary judgment, and to dismiss."*

I want to ensure that this **Honorable Court** remains in honor. Thank you for your service.

~Omar~



**UNITED STATES POSTAL SERVICE** ®

## Certificate of Mailing — Firm (Domestic)

| Name and Address of Sender | Affix stamp | TOTAL NO. of Pieces Listed by Sender | TOTAL NO. of Pieces Received at Post Office | Affix Stamp Here Postmark with Date of Receipt. |
|---|---|---|---|---|

Omar White
1441 Woodmont LANE
Suite 309
Atlanta, Georgia 30318

CUMBERLAND MALL PO
APR 01 2025
ATLANTA, GA. 31139-3163

3    3

Postmaster, per (signer)



U.S. POSTAGE PAID
ATLANTA, GA
30339
APR 01, 25
AMOUNT
**$1.95**
R2305H130547-34

0000

C Smith

| USPS Tracking Number Firm-specific Identifier | Address | Postage | Fee | Special Handling | Parcel Airlift |
|---|---|---|---|---|---|
| 9589 0710 5270 1761 363028 | FULTON COUNTY RISK MANAGEMENT 141 Pryor Street Suite 5000 Atlanta GA 30303 | 2.04 | 8.95 | | |
| 9589 0710 5270 1761 363011 | Robb Pitts - Chairman 141 Pryor Street 10th Flour Atl GA 30303 | 2.04 | 8.95 | | |
| 9589 0710 5270 1761 363288 | Soo Jo - County Attorney 141 Pryor Street Suite 4038 Atl GA 30303 | 2.04 | 8.95 | | |
| 4 | | | | | |
| 5 | | | | | |
| 6 | | | | | |

PS Form **3665**, April 2015  PSN 7530-17-000-5549

Certificate of Mailing – Firm service is an Extra Service for Commercial products that provides evidence that the mailer has presented the mailing to the Postal Service™. The following instructions are for the preparation and use of PS Form 3665, *Certificate of Mailing – Firm (Domestic)*, for First-Class Mail® letters and flats, Bound Printed Matter flats, First-Class Package Service® items, and Priority Mail® items (excluding Critical Mail® items).

1. Complete and print all forms in ink or ball point pen.

2. Enter the name and address of the sender at the top of the form.

3. Enter a complete return address on each article.

4. Ensure the articles are properly packaged.

5. In the appropriate column, enter the postage, fees, and special handling (only applicable if over $50,000 in value).

6. Insert a firm-specific identifier or account number if applicable. (This number is for the sender's use only, and the Postal Service will not use it for identification.)

7. When describing and listing three or more individual pieces but not presenting the pieces in the order shown on the sheet, consecutively number each entry line on the sheet and number each piece to show both the corresponding sheet and line number.

8. Enter the total number of articles in the proper space at the top of the form.

9. Obliterate all unused portions of the "Address" column by drawing a diagonal line through the unused portion on the form.

10. Present PS Form 3665 at a retail Post Office™ location when presenting fewer than 50 pieces or less than 50 pounds (whichever amount is met first) of corresponding articles at one time, and at a bulk mail entry unit (BMEU) or USPS-authorized detached mail unit (DMU) when presenting at least 50 pieces or 50 pounds of corresponding articles at one time.

Postal insurance is included in the fee for Registerd Mail™ articles with a value of at least $0.01 up to a maximum insured value of $50,000. Postal insurance is not available for articles with no value ($0.00). The fees for articles valued over $50,000 include insurance up to $50,000, and increasingly higher fees for handling costs. The customer must declare the full value of the article at the time of mailing, as shown in *Mailing Standards of the United States Postal Service,* Domestic Mail Manual (DMM®) 503 (Certificate of Mailing), and must pay the corresponding fee.

The Postal Service allows mailers to use privately printed or computer-generated firm sheets that contain the same information and are nearly identical to the USPS-provided PS Form 3665 when the local postmaster or the manager of Business Mail Entry has provided approval of the form in writing for the locations where the mailings are presented. See DMM 503 (Certificate of Mailing).

The mailer must retain the original written approval by the local postmaster or the manager of Business Mail Entry as evidence that the privately prepared facsimile of PS Form 3665 has been approved by the Postal Service. The Postal Service does not hold documentation of the facsimile approval. A mailer using privately prepared forms must periodically verify them against the USPS-provided version and, if necessary, make routine updates and obtain approval of the updated facsimile form.

A mailer using an approved privately prepared form and wanting the form sheets postmarked by the Postal Service must present the forms with the articles to be mailed at a Post Office facility. The forms become the mailer's only receipt (the Postal service does not retain a copy).

PS Form **3665**, April 2015  PSN 7530-17-000-5549



**UNITED STATES POSTAL SERVICE ®**

## Certificate of Mailing — Firm (Domestic)

| Name and Address of Sender | Affix stamp | TOTAL NO. of Pieces Listed by Sender | TOTAL NO. of Pieces Received at Post Office | Affix Stamp Here Postmark with Date of Receipt. |
|---|---|---|---|---|
| Omar White 1441 WOODMONT LN Suite 309 ATLANTA, Georgia 30318 | | 6 | 6 | CUMBERLAND MALL PO MAR 28 2025 ATLANTA, GA. 31139-3163 |
| | | Postmaster, per (signer) | | |

| USPS Tracking Number Firm-specific Identifier | Address | Postage | Fee | Special Handling | Parcel Airlift |
|---|---|---|---|---|---|
| 7021 0950 0001 4854 8783 | Keith Gammage 160 Pryor Street, S.W Suite J-301 Atlanta, GA 30303 | | | | |
| 7021 0950 0001 4854 8653 | John Mather 185 Central Ave Suite T2905 Atlanta, GA 30303 | | | | |
| 7021 0950 0001 4884 8660 | Courtney Veal 244 Washington Street Suite 440 Atl GA 30334 | | | | |
| 7021 0950 0001 4854 8677 | Wesley Taylor 185 Central Ave S.W Suite T-3905 Atl GA 30303 | | | | |
| 7021 0950 0001 4854 8806 | Ian Heap 463 Johnny Mercer Blvd B-7 Box 318 Savannah, GA 31410 | | | | |
| 9589 0710 5220 2300 7912 n2 | Seo Jo 141 Pryor Street Suite 4038 Atl GA 30303 | | | | |

PS Form **3665**, April 2015  PSN 7530-17-000-5549

Certificate of Mailing – Firm service is an Extra Service for Commercial products that provides evidence that the mailer has presented the mailing to the Postal Service™. The following instructions are for the preparation and use of PS Form 3665, *Certificate of Mailing – Firm (Domestic)*, for First-Class Mail® letters and flats, Bound Printed Matter flats, First-Class Package Service® items, and Priority Mail® items (excluding Critical Mail® items).

1. Complete and print all forms in ink or ball point pen.

2. Enter the name and address of the sender at the top of the form.

3. Enter a complete return address on each article.

4. Ensure the articles are properly packaged.

5. In the appropriate column, enter the postage, fees, and special handling (only applicable if over $50,000 in value).

6. Insert a firm-specific identifier or account number if applicable. (This number is for the sender's use only, and the Postal Service will not use it for identification.)

7. When describing and listing three or more individual pieces but not presenting the pieces in the order shown on the sheet, consecutively number each entry line on the sheet and number each piece to show both the corresponding sheet and line number.

8. Enter the total number of articles in the proper space at the top of the form.

9. Obliterate all unused portions of the "Address" column by drawing a diagonal line through the unused portion on the form.

10. Present PS Form 3665 at a retail Post Office™ location when presenting fewer than 50 pieces or less than 50 pounds (whichever amount is met first) of corresponding articles at one time, and at a bulk mail entry unit (BMEU) or USPS-authorized detached mail unit (DMU) when presenting at least 50 pieces or 50 pounds of corresponding articles at one time.

Postal insurance is included in the fee for Registerd Mail™ articles with a value of at least $0.01 up to a maximum insured value of $50,000. Postal insurance is not available for articles with no value ($0.00). The fees for articles valued over $50,000 include insurance up to $50,000, and increasingly higher fees for handling costs. The customer must declare the full value of the article at the time of mailing, as shown in *Mailing Standards of the United States Postal Service,* Domestic Mail Manual (DMM®) 503 (Certificate of Mailing), and must pay the corresponding fee.

The Postal Service allows mailers to use privately printed or computer-generated firm sheets that contain the same information and are nearly identical to the USPS-provided PS Form 3665 when the local postmaster or the manager of Business Mail Entry has provided approval of the form in writing for the locations where the mailings are presented. See DMM 503 (Certificate of Mailing).

The mailer must retain the original written approval by the local postmaster or the manager of Business Mail Entry as evidence that the privately prepared facsimile of PS Form 3665 has been approved by the Postal Service. The Postal Service does not hold documentation of the facsimile approval. A mailer using privately prepared forms must periodically verify them against the USPS-provided version and, if necessary, make routine updates and obtain approval of the updated facsimile form.

A mailer using an approved privately prepared form and wanting the form sheets postmarked by the Postal Service must present the forms with the articles to be mailed at a Post Office facility. The forms become the mailer's only receipt (the Postal service does not retain a copy).

PS Form **3665**, April 2015  PSN 7530-17-000-5549

# EXHIBIT "G"

### OFFICE OF THE FULTON COUNTY ATTORNEY

141 Pryor Street, S.W.
Suite 4038
Atlanta, Georgia 30303

**Y. SOO JO**
County Attorney



**FULTON
COUNTY**

Telephone (404) 612-0246
Facsimile (404) 730-6324

October 18, 2022

Omar White
245 North Highland
Suite 230-235
Atlanta, Georgia 30307

      Re:    Claimant:           Omar White
             Date of Incident:    June 8, 2022

Dear Mr. White:

The Office of the Fulton County Attorney has received a copy of your correspondence dated July 25, 2022 addressed to Richard Anderson, as it relates to Fulton County, and other non-Fulton County recipients. It appears that the purpose of your correspondence is to notify Fulton County of your potential claims for a violation of your constitutionally protected rights by State Court Judge Patsy Porter, Solicitor General Keith Gammage, State Court Clerk and Administrator, Christopher Scott, and Sheriff Patrick Labat, stemming from a bench warrant that was initiated by Judge Porter on June 8, 2022 for failure to appear. You also allege that the parties are "liable for breach of public trust by various due process violations, negligence, deprivation of rights and using personal information," and you are demanding $10,000,000.00. Please accept this response on behalf of all Fulton County officials to whom your correspondence was addressed or may have been intended.

We have reviewed the 26-page document that purports to serve as your claim against Fulton County and its officials, which is largely indecipherable. After reviewing the legal and factual issues presented in the correspondence referenced above, your claims appear to be without merit, and we are unable to resolve this matter in your favor. To the extent that your letter purports to raise potential claims against Fulton County State Court Judge Patsy Porter, Solicitor General Keith Gammage, Sheriff Patrick Labat, State Court Clerk and Administrator Christopher Scott, or against Fulton County or any of its departments or employees, such claims are barred under the doctrines of sovereign immunity, official immunity, and judicial immunity. As a result, you do not appear to have a viable claim against Fulton County or any of its various departments or employees, and any such claims must be denied.

Please note that by responding to your correspondence of July 22, 2022, Fulton County does not waive its right to challenge the appropriateness, timeliness and/or sufficiency of such notice, and expressly reserves this right. Moreover, Fulton County has no obligation to advise you as to the sufficiency of such notice. Should you have any questions or concerns regarding this correspondence, please feel free to contact me directly at 404-612-0246.

Omar White
October 18, 2022
Page 2

Yours truly,

*Detriss Thomas*

Detriss Thomas
Senior Assistant County Counsel

DT/jg

xc:    Hon. Patsy Porter, State Court Judge
       Keith Gammage, Solicitor General
       Patrick Labat, Fulton County Sheriff
       Christopher Scott, State Court Clerk and Administrator
       Latoya Belgrave-Green, Risk Manager
       Kaye Burwell, Deputy County Counsel
       Steve Rosenberg, Deputy County Counsel
       Cheryl Ringer, Supervising County Counsel

# EXHIBIT "H"

White, Omar Mashiach
PMB 245 North Highland Avenue
Suite 230-235 Atlanta, Georgia (NON
DOMESTIC) [ZIP Code Exempt as per
USPS1 DMM 602 1.3 e(2)]

Lien 5187 Pg 422
Filed and Recorded Nov-29-2021 04:36pm
2021-0356150
CATHELENE ROBINSON
Clerk of Superior Court
Fulton County, Georgia

Prepared, Presented and Filed for the Record at/in:

SUPERIOR COURT OF FULTON COUNTY Record/Account No. 2021-0217944

## JUDICIAL, PUBLIC AND PRIVATE NOTICE

### RELATING TO THE TRESPASS AND VIOLATIONS OF SECURED AND PROTECTED RIGHTS

### UNDER FAIR & JUST COMPENSATION EXPRESSED AS FEE SCHEDULE

The annexed Notice and Declaration of Intent – Fee Schedule is a schedule of mandatory fees instated by the EXECUTOR, TRUSTEE, and Authorized Representative, Omar Mashiach White©™, for the benefit of OMAR WHITE©™, WHITE, OMAR©™ do hereby set forth fees to be instated in any business dealing with OMAR WHITE ©™, and WHITE, OMAR©™, for any business conducted relevant to this schedule.  Fees are due and MUST be paid before said business can commence.  In the event that invoicing becomes necessary, invoiced amounts are due fifteen days after day of receipt.  If said fees are not met, it is the right of the EXECUTOR, TRUSTEE, and Authorized Representative Omar Mashiach White©™, to refuse or void any form of business interaction and/or transaction.  Fees are subject to change at any time without prior notice. EXECUTOR, and TRUSTEE, Omar Mashiach White©™, is the only Authorized Representative to alter, void, and/or enforce said fees and may do so at any time.

*Dealing with claims of "immunity"

**United States Supreme Court**

**Clearfield Trust Company vs. United States 318 U. S. 363 – 371**

**"The Clearfield Doctrine"**

**Clearfield Trust Company vs. United States 318 U. S. 363 – 371 (1942):**
"Governments descend to the level of a mere private corporation, and take on the characteristics of a mere private citizen … where private corporate commercial paper [Federal Reserve Notes (FRNs)] and 'Securities' [Checks] is concerned…  For purposes of suit, such corporations and individuals are regarded as entities entirely separate from government."

Any claim of immunity is a fraud, because if valid, it would prevent removal from office for crimes against the people, which removal is authorized or even mandated under U. S. constitution Article 2, Section IV, as well as 18 USC 241-242, USC 1983, 1985, 1956 and other state Constitutions. President of Law, established by COURT cases, which are in violation, render violations of law legally unassailable. Such a situation violates several specifically stated intents and purposes of the Constitution set forth in the Preamble; to establish justice, ensure domestic tranquility, and secure the blessings of liberty for JUDGES or anyone in any branch of government.

Page 1 of 7

Lien 5187 Pg 423

## FEE SCHEDULE FOR TRESPASS OF RIGHTS, FOR UNWANTED ENCOUNTERS, BY PUBLIC SERVANTS & OTHERS

To all whom these presents shall come or may concern-

I, _Omar White_ verify and Affirm under penalty of Perjury that the fee schedule as expressed herein is protected and secured under the constitution for the United States of America thereby irrevocably binding any and all persons without recourse by any violation or trespass.

WHEREAS: Any or all informed party(ies) as Agent or Principal hereby irrevocably accepts-

| White Omar, Supreme Account #OW1123288124 Claim-Trespass | Official Capacity-Ref. United States Code/Uniform Commercial Code | Private Capacity-Ref. State or National Constitution or Other Binding Scripture |
|---|---|---|
| Deprivation of Rights Under color of Law | $1,000,000 One Million Dollars Per | $5,000,000 Five Million Dollars Per |
| | Ref. 18USC242, 42USC1983 | Ref. Due Process Clause(s) |
| Conspiracy against Rights | $1,000,000 One Million Dollars Per | $5,000,000 Five Million Dollars Per |
| | Ref. 18USC241 | Ref. 8th Bill of Rights |
| Falsification, Perjury and Fraudulent Language | $1,000,000 One Million Dollars Per | $5,000,000 Five Million Dollars Per |
| | Ref. 18USC1001, 1002, 1621 | Ref. Deuteronomy 19:15 |
| Involuntary Servitude and Peonage | $1,000,000 One Million Dollars Per | $5,000,000 Five Million Dollars Per |
| | Ref. 18USC1961-68, 42USC1985 | Ref. Article 1 Sec. 10/ 13th Amendment |
| Conversion or Taking of Private Property | $1,000,000 One Million Dollars Per | $5,000,000 Five Million Dollars Per |
| | Ref. 18USC1201, 42USC2000aa-6 | Ref. 5th Bill of Rights |
| Conversion or Taking of Estate Property | $1,000,000 One Million Dollars Per | $5,000,000 Five Million Dollars Per |
| | Ref. 18USC1091(a)(6), 1201 | Ref. 5th Bill of Rights |
| Identity Theft and Restraint of Trade | $1,000,000 One Million Dollars Per | $5,000,000 Five Million Dollars Per |
| | Ref. 18USC1028, 1028A, 15USC1,2,3 | Ref. 4th Bill of Rights |
| All Powers of Attorney | $1,000,000 One Million Dollars Per | $5,000,000 Five Million Dollars Per |
| | Ref. Article 3:Standing and Capacity | Ref. 6th Bill of Rights |

### Affidavit-Verification

I, _Omar White_ , Living-Natural Being of the Age of The Majority, Solo Proprio[non-citizen, non-domestic, non-resident alien(28USC1746(1))]: hereto as Affiant: verify, declare and affirm under penalty of perjury, under the laws of the united states of America; that the statements/declarations herein are true and correct.[1st Amendment]. Further; I, _Omar White_ (Affiant) issue this Affidavit of Fact-Truth with sincere intent, competent to state the matters set forth herein, that the contents are true, correct, complete, and certain; admissible as evidence: reasonable and just in accordance with My(Affiant) best firsthand knowledge or any lawful comprehension. Hereunto: witness My Hand and Seal on this Day of _November 3rd_ Two Thousand and _Twenty One_

All Rights Reserved: 28USC1746(1): UCC1-308.

State of _GA_ County of _Gwinnett_
The foregoing instrument was acknowledged before me this _3rd_ day of _November_, 20_21_.
by _Jacquelye Torres_
_____ Notary Public
My Commission Expires _10/31/2024_

Omar Mashiach White, EXECUTOR, TRUSTEE
Principal-Authorized Rep.

**Jacqueline M Torres**
**NOTARY PUBLIC**
**Gwinnett County, GEORGIA**

Page 2 of 7

Lien 5187 Pg 424

## FEE SCHEDULE-Addendum

| White Omar, Supreme Account #OW1123288124 Claim-Trespass | In accordance with Article I Section 10 paragraph 1 from The United States Constitution 1791 |
|---|---|
| Trespass via Forced or Compelled Presentment of Lawful Documentation | 5,500.00 (Five-Thousand Five-Hundred) Units per Document-In Person. 5,500.00 (Five-Thousand Five-Hundred) Units per Document-By Mail |
| Trespass of Natural Travel | 100,000.00 (One-Hundred Thousand) Units per Hour |
| Trespass via Unwanted Trespass via Transporting of my Natural Body | 2,500,000.00 (Two-Million, Five-Hundred-Thousand) Units per Hour |
| Trespass via threats to Any Natural Conveyance | 250,000.00 (Two-Hundred and Fifty Thousand) Units per Violation |
| Trespass via Unwanted Touching of my Natural Body | 2,500,000.00 (Two-Million, Five-Hundred-Thousand) Units per Hour |
| Trespass of Natural Property and Effects | 2,500,000.00 (Two-Million, Five-Hundred-Thousand) Units per Hour |
| Trespass of Natural Usufructs and All Derivative Goods | 2,500,000.00 (Two-Million, Five-Hundred-Thousand) Units per Hour |
| Trespass via Unwanted Use of My Appellation/Name or likeness | 2,500,000.00 (Two-Million, Five-Hundred-Thousand) Units per Hour |
| Forced or Compelled Appearance before any Non-Article III Justice | 2,500,000.00 (Two-Million, Five-Hundred-Thousand) Units per Hour |

All Units are based on Lawful weights and measures of gold or silver in ounces (1.000077).
All time shall be rounded up to the nearest half-hour.

State of GA County of Gwinett
The foregoing instrument was acknowledged before me
this 3rd day of November, 2021.
by Jacqueline Torres
                                    Notary Public
My Commission Expires 10/31/2024

Jacqueline M Torres
NOTARY PUBLIC
Gwinnett County, GEORGIA

Marshal White
EXECUTOR, TRUSTEE, AUTHORIZED AGENT

Article 1, Section 10 of the American Constitution (the 'Supreme Law of the Land') established that:  No state shall enter into any treaty, alliance, or confederation; grant letters of marque and reprisal; coin money; emit bills of credit; make anything but gold and silver coin a tender in payment of debts; pass any bill of attainder, ex post facto law, or law impairing the obligation of contracts, or grant any title of nobility.
No state shall, without the consent of the Congress, lay any imposts or duties on imports or exports, except what may be absolutely necessary for executing it's inspection laws: and the net produce of all duties and imposts, laid by any state on imports or exports, shall be for the use of the treasury of the United States; and all such laws shall be subject to the revision and control of the Congress.

### FEE SCHEDULE-Addendum

No state shall, without the consent of Congress, lay any duty of tonnage, keep troops, or ships of war in time of peace, enter into any agreement or compact with another state, or with a foreign power, or engage in war, unless actually invaded, or in such imminent danger as will not admit of delay.

Lien 5187 Pg 425

## Other Specified and Expressed Violations

*White Omar, Supreme Account #OW1123288124 Claim-Trespass*

In accordance with Article I Section 10 from The United States Constitution 1791

*for each unsolicited phone call*
$5,000.00 per Second including Voicemail
*Gold/Silver or National Currency*

*for each unsolicited letter of harassment*
$10,000.00 per LETTER

*Gold/Silver or Other National Currency*

*for each letter I have to write to court services*
$10,000.00 per RESPONSE
*Gold/Silver or Other National Currency*

*for each letter I have to write to police*
$10,000.00 per RESPONSE
*Gold/Silver or Other National Currency*

*for each court appearance*
$25,000.00 per HOUR
*Gold/Silver or Other National Currency*

*for each letter I have to write to Trading Standards*
$10,000.00 per LETTER
*Gold/Silver or Other National Currency*

*for each letter I have to write to the Office of Fair Trading:*
$5,000.00 per LETTER
*Gold/Silver or Other National Currency*

*for each and any lawful / legal counterclaim*
$25,000.00 per CLAIM
*Gold/Silver or Other National Currency*

*for each human rights breach*
$1,000.000.00 per INCIDENT
*Gold/Silver or Other National Currency*

*for each meeting scheduled or arranged without my consent*
$50,000.00 per VIOLATION
*Gold/Silver or Other National Currency*

*for each phone call I have to make to relevant bodies*
$5,000 per CALL
*Gold/Silver or Other National Currency*

*for each and every use of my privately owned and copyrighted LEGAL NAME*
$500,000.00 per VIOLATION
*Gold/Silver or Other National Currency*

*for each individual failure to perform a directive given by the Security Entitlement Beneficiary*
$100,000.00 per VIOLATION
*Gold/Silver or Other National Currency*

*for each letter I receive from the commissioner's office regarding RESPONDENTS, Agents / Third Parties, or unlawful letters of harassment*
$250,000.00 per
*Gold/Silver or Other National Currency*

*for each letter that I have to write to RESPONDENTS and/or agents / third parties of due to solicited and/or unsolicited meetings, letters of harassment, or a breach of the Common Law*
$10,000.00 per LETTER
*Gold/Silver or Other National Currency*

*for every voidable order for any performance by Security Entitlement Beneficiary issued from a magistrate, a judge, or any public trust or government official*
$25,000.00 per VIOLATION
*Gold/Silver or Other National Currency*

Written permission is required for the express use of LEGAL NAME or any name that is owned or controlled as belonging to OMAR WHITE ESTATE/TRUST(s). As of the execution of this Instrument: such permission does not exist and has been withdrawn where granted to any extent I do not authorize such use by any Agents, Public Servants or Third Party(ies).

**Page 4 of 7**

Lien 5187 Pg 426

It is agreed upon that these fees shall be added together with standard compensation claims, and in all cases, the standard compensation shall also be due to the EXECUTOR, Omar Mashiach White, for any and all breaches of this Notice, international human rights, the UCC, and/or the Common Law.

This fee schedule is effective from the date of this Notice and will initiate upon any failure to comply with any and all directives given to the RESPONDENT by the PEACE and/or Security Entitlement Beneficiary, receipt of any further unsolicited letters or communications from the RESPONDENT or its Agents / Third Parties, or in the event of any unlawful assault / death / killing / trespass / damages / perjury / liable, injury, loss or harm, any other unlawful activities, or action / inaction.

THIS CONTRACT IS LEGALLY AND LAWFULLY BINDING AND IS NON-NEGOTIABLE AND IS ACTIVATED AS SUBSCRIBED TO BY THE PRINCIPAL RESPONDENT AND ALL EMPLOYEES, THIRD PARTIES, AGENTS OR REPRESENTATIVES OF ANY GOVERNMENT AGENCY OR ANY 3RD PARTY, BY PRESENTMENT AND DUE PROCESS.

ALL RIGHTS RESERVED WITHOUT RECOURSE. I RESERVE THE RIGHT TO ALTER THIS FEE SCHEDULE AT ANY TIME AT THE DISCRETION OF THE SOVEREIGN EXECUTOR, Omar Mashiach White©™.

Please be advised that these are my fees only and that further compensation from your insurance bonding as well as liens on your personal assets where required shall be affected in pursuit of remedy or relief where any trespass or harassment or intimidation toward Me or my family continues or is initiated. Failure to confirm all correspondence by wet ink signature, in writing only will be construed as your acquiescence. All correspondence must be labeled with full names, titles, and the name and address of your office.

Failure to correctly identify and sign every document in wet ink that is sent by you will be used as evidence that you are not who you say you are, that you are attempting to deceive the Sovereign Beneficiary, and that you are attempting to impersonate a Public Official, contrary to Law.

This is a Notice of Fee Schedule and Remedy or relief relating to Federal/State/County/City/ Municipal/Corporation Employees and other 3rd party agencies.

I, Omar Mashiach White©™, holder of the office of the People in the state known as Georgia or in any other state, am hereby, as a gesture of peace, giving proper notice to the STATE OF GEORGIA or any state / corporation, to the UNITED STATES, and to all municipal corporations and instrumentalities; of the following:

As a peaceful divine, living breathing being, desiring to avoid conflict and live lawfully with all of my freedoms, I am providing you with this Fee Schedule and Remedy for Personal Protection from Federal / State / County / City / Municipal / Corporation Employees as a courtesy to you and as a remedy, should you decide to trespass upon Me or my family. Failure to know or obey any/all of your thousands of corporate regulations does not constitute a crime absent a victim, damaged property, or fraud (A.K.A. corpus delecti).

Should one face a jury, it is known that the jury has a sworn duty to judge the Law and the facts, and the jury can provide just remedy for the People. In every criminal prosecution, it is necessary to establish the "corpus delecti" (i.e., the body or elements of the crime). "The corpus delecti consists of two elements- namely, (1) the injury or loss of harm; and (2) a criminal agency causing them to exist." (People v. Frey, 165 Cal. 140, 146 [131 P. 127], People v. Lopez, etc.)

*Jurors must know and understand capacity as a 'citizen' or 'national' to be considered "Peers".*

**Page 5 of 7**

Lien 5187 Pg 427

The United States Supreme Court has stated in U.S. v. Cruikshank" (92 U.S. 542 at 551) that between the People of the United States, any resident within any state, or any other national that there need be no conflict between any of them. The powers which one possesses, the other does not. They are established for different purposes and have separate jurisdictions. Together, they make one whole and furnish the People of the United States with a complete government, ample for the protection of all of their rights at home and abroad. It may sometimes happen that a "person" is amenable to both jurisdictions for the same act. It is the natural consequence of a citizen which owes allegiance to two sovereignties and claims protection from both.

The citizen cannot complain because he has voluntarily submitted himself to such a form of government. The opinion in this case is 100% correct as long as one is referring to the People of the United States. Not I, my wife, nor my creations i.e., suns and daughters (the blood heirs to my ESTATE), are citizens of the UNITED STATES. We are of God THE MOST HIGH, The Almighty CREATOR of All Creation.

Let it be clear that a People is not a person, and a person is not a people. True sovereignty is within the People who have all rights, but citizens, on the other hand, are subjects (by their own voluntary choice) of the state government and of local and federal government corporations in exchange for privileges and rights. Let it be clear that not I nor any People of my family are persons or citizens or employees or subjects of any corporation which may, under color of law, act as a legal government.

This lawful paper is to be honored by the People of the fifty states and the People of the United States for the protection of the People on the land known as any of the fifty states which make up the union known as the United States of America. This lawful paper must be honored in any court within any of the fifty states which make up the union known as the United States of America by way of The United States Constitution.

Let it be clear that we have only one Sovereignty, and that Sovereignty exists within and beyond the laws of Nature.

## LAW OF NATURE

The Law of Nature is that which God, the Sovereign of the world, has prescribed to man not by any formal promulgation but by the internal dictate of reason alone. It is discovered by a just consideration of the agreeableness or disagreeableness of human actions to the nature of Man, and it comprehends all the duties which we owe either to the supreme being, to ourselves, or to our neighbors as reverence to God, self-defense, temperance, honor to our parents, benevolence to all strict adherence to our engagements, gratitude, and the like. In the Constitution for the United States of America, we find the 11th article, Amendment 9:

"The enumeration in the constitution of certain rights shall not be construed to deny or disparage others retained by the People."

Affected parties and people wishing to dispute the claims and truths made herein or present any claim in relation must respond within twenty-one (21) days after service of this Notice of this action presented reserving all right to a Common Law court and that to a Common Law Jury of Peers.

Common Law is that based on the Common Sense of All Men under the Laws of Nature and Universal Law.

All responses must be signed and witnessed no later than twenty-one (21) days from the date of original service as attested by way of certificate of service.

Lien  5187 Pg  428
CATHELENE ROBINSON
Clerk of Superior Court
Fulton County, Georgia

Failure to notify the Living Office and failure to lawfully register any dispute pertaining to the lawful Notice herein shall and will result in default judgment instanter and permanent, irrevocable estoppel by silence or negligence as injunctive relief; barring the entry of charges or claims under any statute / regulation / act or legal action against Me, my family, my guest, or any other People under the protection of or belonging to My Estate. Failure to honor this lawful notice will make each of the People acting as federal / state / county / city / municipal / corporation employees liable for the sum of five ounces of .999 pure gold or its equivalent in National Currency in addition fee schedule where default shall be effective on the 3rd Day of Sight upon delivery of Invoice relating to the fee schedule presented herein.

Please note that this self-defense Notice of Fee Schedule and Remedy for Personal Protection from Federal / State / County / City / Municipal/ Corporation employees and others is just and modest and within any precedent set by Trezevant v. City of Tampa wherein the damages established were $25,000 for 23 minutes of unlawful arrest. This particular remedy calculates to more than $1.5 million per day. Herein is a fair, just and modest Fee Schedule for any trespass to be considered by a lawful jury of peers resulting from any controversy.

## NOTICE OF EQUITABLE ESTOPPEL

For each individual failure to provide per individual requested evidence, items, documentation, proof of certified public oaths or other lawfully required and requested items / documents for Security Entitlement Beneficiary's full, personal inspection, the fee of $2,000,000.00 (TWO MILLION DOLLARS) per individual breach of this notice shall apply. It is a tacit agreement that these fees become automatically subscribed to by the RESPONDENT (named in due course) if all requested and named items are not sent to the Security Entitlement Beneficiary with a proof of receipt by recorded delivery and signed for within seven (7) days after receiving this Notice.

Respectfully Entered without Prejudice,

State of _GA_ County of _Gwinnett_
The foregoing instrument was acknowledged before me
this _3rd_ day of _November_, 20_21_.
by _Jacqueline Torres_
_____ Notary Public
My Commission Expires _10/31/2024_

EXECUTOR, TRUSTEE, AUTHORIZED AGENT

OMAR WHITE ESTATE, WHITE OMAR TRUST

Jacqueline M Torres
NOTARY PUBLIC
Gwinnett County, GEORGIA

Page 7 of 7

White, Omar Mashiach
PMB 245 North Highland Avenue Suite 230-235
Atlanta, Georgia (NON-DOMESTIC)
[ZIP Code Exempt as per USPS1 DMM 602 1.3 e(2)]

**STATE COURT OF FULTON COUNTY**

**STATE OF GEORGIA**



FILED IN OFFICE

MAY 2 4 2022

DEPUTY CLERK STATE COURT
FULTON COUNTY, GA

# AFFIDAVIT OF FACT AND TRUTH 19CR002678B
# NOTICE OF PUBLICATION

KNOW ALL MEN-

Upon the issuance of the affidavit issued by publisher Daily Report, in Fulton County, Georgia; regarding the public notice #0000594938-01: All claims, obligations and debts as owed to OMAR WHITE ESTATE/TRUST shall be rendered and operate as self-executing and irrevocable by any agreement, covenant or contract in default or by any warrant and/or gross negligence by any responsible party, in any capacity, public or private.

IT IS HERBY DECLARED, AND ORDERED.

State of: _Georgia_
County of: _Fulton_
Sworn and subscribed before me this
_24th_ Day of _May_ . _2022_ by

Notary Public

Commission Exp. _2/24/2024_

Omar Mashiach White

Executor, Trustee, Beneficial Owner

OMAR WHITE ESTATE, WHITE OMAR

ALL RIGHTS RESERVED





May 27, 2022

Customer Account # 15498
Omar Slim White
245 N. Highland AVE STE 230-235
Atlanta, GA 30307

I do certify that the within foregoing is a true complete and correct copy ... appears by the original on file ...alton State Court, Consisting ...and and the seal of said Court

Deputy Cl...    ...on State Court

FILED IN OFFICE
JUN 0 9 2022
DEPUTY CLERK STATE CO...
FULTON COUNTY, GA

I do certify that the within foregoing is a true complete and correct copy of the original in said case, as appears by the original on file in the office of Clerk of Fulton State Court, Consisting of ...... pages. Witness my hand and the seal of said Court this the 21 day of June 2022

Deputy Clerk, Fulton State Court

Omar Mashiach White
245 North Highland Avenue
Suite 230-235
Atlanta, Georgia [30307]

IN THE STATE COURT OF FULTON COUNTY

STATE OF GEORGIA

OMAR WHITE,

    Plaintiff,

vs.

STATE OF GEORGIA,

    Defendant

Case No.: 19CR002678B

COURT RULE 5.1 CONSTITUTIONAL CHALLENGE TO A STATUTE, 28USC2403: BOND-RE200010241US $10,000

## Notice of Constitutional Question 1 (Reference Exhibit A)

According to the 1877 Georgia Constitution BILL OF RIGHTS. ARTICLE 1. Par. V., "Every person charged with an offense against the laws of this State shall have the privilege and benefit of counsel; shall be furnished, on demand, with a copy of the accusation, and a list of the witnesses on whose testimony the charge against him is founded; shall have compulsory process to obtain the testimony of his own witnesses; shall be confronted with the witnesses testifying against him, and shall have a public and speedy trial by an impartial jury." Is/was any proceeding initiated during 2017, in violation of the Right to face accuser and/or speedy trial in as far as any subpoena or warrant issued during June 2022 appear to exist as abuse of process; in lieu of the voluntary withdrawal of the witness and default verifiable via Affidavit for Publication 594938 issued May 27th 2022 by Daily Report? Why was such proceeding/action/case not dismissed with prejudice where any abuse of process is evident?

## Notice of Constitutional Question 2 (Reference Exhibit B)

According to the 1877 Georgia Constitution Section III. Par. II. "No bill of attainder, ex post facto law, retroactive law, or law impairing the obligation of contracts, or making irrevocable grants of special' privileges or immunities, shall be passed." In your response, please consider that forcing contracts, without consent, that create financial undertakings, imposes enslavement and impairs a private right to reject contracts freely. Without such evidence that the prima facie code has been enacted into law, wouldn't the enforcement of such policy be forbidden under Section III. Par. II., of the 1877 Georgia Constitution?

COURT RULE 5.1 CONSTITUTIONAL CHALLENGE TO A STATUTE, 28USC2403: BOND-RE200010241US $10,000

RE 2000 10 2410S



May 27, 2022

Customer Account # 15498
Omar Slim White
245 N. Highland AVE STE 230-235
Atlanta, GA 30307

**STATE OF GEORGIA**
**COUNTY OF DEKALB**

# AFFIDAVIT

I, _Michael Langford Jr_ , Clerk or Deputy Clerk of the Superior Court for said County, the same being a Court of Record, DO HEREBY CERTIFY, that

_____ **K Mosley** _____

Whose name is subscribed to the Certificate of the proof or acknowledgement of the annexed instrument and thereon written was, at the time of taking such proof and acknowledgement a Notary Public. In and for said County, residing therein, duly commissioned and sworn, and authorized by law of said State to take the acknowledgements and proofs of deeds or conveyances for land, tenements or hereditaments in said State, to be recorded therein. And further that I believe that the signature of said certificate of proof or acknowledgement is genuine.

I further certify that an impression of the seals of Notaries Public are not required by law to be filed in my office.

IN TESTIMONY WHEREOF, I have set my hand and affixed the seal of the said Court..

This _____30h_____ day of _____June_____, 20__25__.

CLERK OR DEPUTY CLERK OF SUPERIOR COURT
DEKALB COUNTY, GEORGIA
DEBRA DEBERRY CLERK OF SUPERIOR COURT, DEKALB COUNTY
556 N. MCDONOUGH STREET
DECATUR, GEORGIA 30030

Ad Number # 553428 Account # 15498

PUBLISHER'S AFFIDAVIT

**STATE OF GEORGIA**
**COUNTY OF FULTON**
Re: 553428

Before me, the undersigned, a Notary Public, this day personally came Alecia Seals who, being duly sworn, according to law, says she is an agent of ALM Media, LLC., publishers of the **Daily Report**, the official newspaper published in Atlanta, GA, in said county and state, and that the publication, of which the annexed is a true copy, was published in said newspaper as provided by law on the following dates : 09/29/2021, 10/06/2021, 10/13/2021, 10/20/2021

Alecia Seals

**Alecia Seals**

**Kaweemah Mosley - Notary Public**

Subscribed and sworn to before me this 20th day of October, 2021

Ad Number # 553428 Account # 15498

To all whom these presents shall come or may concern, BRIAN P. KEMP, PATRIK LABAT, and RICHARD ANDERSON, in care of, FULTON COUNTY, were made aware of constitutional violations and other crimes regarding Fulton County State Court, case 19CR002678B. A notice of tort claim, was mailed out via certified mail on 8/1/2021, 30 days was given to all parties involved to correct said violations and illegal acts. After 30 days transpired, a notice of default was sent via Registered mail on 9/7/2021, Let this notice serve that all parties involved were made aware of said matter. All concerns should be mailed to, Omar Mashiach White, IN CARE OF 245 North Highland Avenue, Suite 230-235 Atlanta, Georgia [30307]

I do certify that the within foregoing is a true complete and correct copy ... appears by the original on file ... Fulton State Court, Consisting ... hand and the seal of said Court

Deputy Cl...  ...in State Court

Omar Mashiach White
245 North Highland Avenue
Suite 230-235
Atlanta, Georgia [30307]

FILED IN OFFICE

JUN 0 9 2022

DEPUTY CLERK STATE C...
FULTON COUNTY, G...

I do certify that the within foregoing is a true complete and correct copy of the original in said case, as appears by the original on file in the office of Clerk of Fulton State Court, Consisting of ... pages. Witness my hand and the seal of said Court this the 2l day of June 2022

Deputy Clerk, Fulton State Court

IN THE STATE COURT OF FULTON COUNTY

STATE OF GEORGIA

| | |
|---|---|
| OMAR WHITE, | Case No.: 19CR002678B |
| Plaintiff, | |
| vs. | COURT RULE 5.1 CONSTITUTIONAL CHALLENGE TO A STATUTE, 28USC2403: BOND-RE200010241US $10,000 |
| STATE OF GEORGIA, | |
| Defendant | |

## Notice of Constitutional Question 1 (Reference Exhibit A)

According to the 1877 Georgia Constitution BILL OF RIGHTS. ARTICLE 1. Par. V., "Every person charged with an offense against the laws of this State shall have the privilege and benefit of counsel; shall be furnished, on demand, with a copy of the accusation, and a list of the witnesses on whose testimony the charge against him is founded; shall have compulsory process to obtain the testimony of his own witnesses; shall be confronted with the witnesses testifying against him, and shall have a public and speedy trial by an impartial jury." Is/was any proceeding initiated during 2017, in violation of the Right to face accuser and/or speedy trial in as far as any subpoena or warrant issued during June 2022 appear to exist as abuse of process; in lieu of the voluntary withdrawal of the witness and default verifiable via Affidavit for Publication 594938 issued May 27th 2022 by Daily Report? Why was such proceeding/action/case not dismissed with prejudice where any abuse of process is evident?

## Notice of Constitutional Question 2 (Reference Exhibit B)

According to the 1877 Georgia Constitution Section III. Par. II. "No bill of attainder, ex post facto law, retroactive law, or law impairing the obligation of contracts, or making irrevocable grants of special' privileges or immunities, shall be passed." In your response, please consider that forcing contracts, without consent, that create financial undertakings, imposes enslavement and impairs a private right to reject contracts freely. Without such evidence that the prima facie code has been enacted into law, wouldn't the enforcement of such policy be forbidden under Section III. Par. II., of the 1877 Georgia Constitution?

COURT RULE 5.1 CONSTITUTIONAL CHALLENGE TO A STATUTE, 28USC2403: BOND-RE200010241US $10,000

PAGE 1 OF 4

RE 200010 2410S



May 27, 2022

Customer Account # 15498
Omar Slim White
245 N. Highland AVE STE 230-235
Atlanta, GA 30307

RE 200 0102 4105

Ad Number # 594938 Account # 15498

PUBLISHER'S AFFIDAVIT

**STATE OF GEORGIA**
**COUNTY OF FULTON**
Re: 594938

Before me, the undersigned, a Notary Public, this day personally came Alecia Seals who, being duly sworn, according to law, says she is an agent of ALM Media, LLC., publishers of the **Daily Report**, the official newspaper published in Atlanta, GA, in said county and state, and that the publication, of which the annexed is a true copy, was published in said newspaper as provided by law on the following dates : 05/06/2022, 05/13/2022, 05/20/2022, 05/27/2022

Alecia Seals

Alecia Seals

K. Mosley

Kaweemah Mosley - Notary Public

Subscribed and sworn to before me this 27th day of May, 2022

RE 200 010 2411 US

Ad Number # 594938 Account # 15498

WHEREAS, June 1st, 2017 a false claim was made against OMAR WHITE in case 19CR002678B; and WHEREAS, the alleged witness in the case voluntarily withdrew said claim; and WHEREAS, in Trinsey v. Pagliaro, demonstrated that an attorney cannot fill the void of a witness and must remain in honor; and WHEREAS, KEITH GAMMAGE has attempted to defraud the public by using his office to pursue a case without a witness presenting under penalty of perjury; and WHEREAS, KEITH GAMMAGE, DOING BUSINESS AS KEITH E. GAMMAGE and acting as the Solicitor General for FULTON COUNTY, has dishonored his oath to the United States of America and the Georgia Constitution by representing the public and the STATE of GEORGIA, in a deceitful manner; and WHEREAS, the probate court and superior court in FULTON COUNTY was unable to locate the bonds of said elected official- Therefore, now It is hereby RESOLVED from/by the Executive office of/for the estate of OMAR WHITE and trustee of WHITE OMAR, that account number 19CR002678B is hereby closed with prejudice. It is further RESOLVED that; where any man or woman acting in a public or private capacity and willfully trespasses against the ESTATE of OMAR WHITE; such man or woman will be subject to $2,000,000.00 irrevocably, and as such, irrevocably accepts that liens shall be effected against any or all property, tangible and intangible for the satisfaction of any accrued obligation or debt evident herein not excluding other remedies. KNOW ALL MEN- By the Writ of Deceit entered April 28th 2022; into CASE 19CR002678B is hereby discharged and dismissed and all proceeds shall be delivered to the principal beneficial owner of/for OMAR WHITE. The Plea and Arraignment hearing on May 25th 2022 set 5 years later after the alleged incident, shall be for the full closure and expungement of record where any witness fails to present claims of evidence in addition to KEITH GAMMAGE, failing to provide his bonds and rebuttal of 22 page affidavit that was filed on July 27, 2021, so as

to any continuance shall provide as irrevocable acceptance to the active fee schedule and the settlement of any accrued sum within 30 Days of the Affidavit of Publication. ___signed: May 1, 2022___ Omar Mashiach White, Executor, Truste, Beneficial Owner OMAR WHITE 245 N. Highland Ave. STE 230-235 Atlanta, Georgia [30307]



USPS
registered
mail

RE 280010241US

May 27, 2022

Customer Account # 15498
Omar Slim White
245 N. Highland AVE STE 230-235
Atlanta, GA 30307

Copy/Repeated document

(Document before
is a certified copy
From court case
FULTON STATE court
19 CR002678B

RE200010241US

**Ad Number # 594938 Account # 15498**

WHEREAS, June 1st, 2017 a false claim was made against OMAR WHITE in case 19CR002678B; and WHEREAS, the alleged witness in the case voluntarily withdrew said claim; and WHEREAS, in Trinsey v. Pagliaro, demonstrated that an attorney cannot fill the void of a witness and must remain in honor; and WHEREAS, KEITH GAMMAGE has attempted to defraud the public by using his office to pursue a case without a witness presenting under penalty of perjury; and WHEREAS, KEITH GAMMAGE, DOING BUSINESS AS KEITH E. GAMMAGE and acting as the Solicitor General for FULTON COUNTY, has dishonored his oath to the United States of America and the Georgia Constitution by representing the public and the STATE of GEORGIA, in a deceitful manner; and WHEREAS, the probate court and superior court in FULTON COUNTY was unable to locate the bonds of said elected official- Therefore, now It is hereby RESOLVED from/by the Executive office of/for the estate of OMAR WHITE and trustee of WHITE OMAR, that account number 19CR002678B is hereby closed with prejudice. It is further RESOLVED that; where any man or woman acting in a public or private capacity and willfully trespasses against the ESTATE of OMAR WHITE; such man or woman will be subject to $2,000,000.00 irrevocably, and as such, irrevocably accepts that liens shall be effected against any or all property, tangible and intangible for the satisfaction of any accrued obligation or debt evident herein not excluding other remedies. KNOW ALL MEN- By the Writ of Deceit entered April 28th 2022; into CASE 19CR002678B is hereby discharged and dismissed and all proceeds shall be delivered to the principal beneficial owner of/for OMAR WHITE. The Plea and Arraignment hearing on May 25th 2022 set 5 years later after the alleged incident, shall be for the full closure and expungement of record where any witness fails to present claims of evidence in addition to KEITH GAMMAGE, failing to provide his bonds and rebuttal of 22 page affidavit that was filed on July 27, 2021, so as

to any continuance shall provide as irrevocable acceptance to the active fee schedule and the settlement of any accrued sum within 30 Days of the Affidavit of Publication. ___signed: May 1, 2022___ Omar Mashiach White, Executor, Truste, Beneficial Owner OMAR WHITE 245 N. Highland Ave. STE 230-235 Atlanta, Georgia [30307]



RE 200 010 2410S

Ad Number # 594938 Account # 15498

PUBLISHER'S AFFIDAVIT

**STATE OF GEORGIA**
**COUNTY OF FULTON**
Re: 594938

Before me, the undersigned, a Notary Public, this day personally came Alecia Seals who, being duly sworn, according to law, says she is an agent of ALM Media, LLC., publishers of the **Daily Report**, the official newspaper published in Atlanta, GA, in said county and state, and that the publication, of which the annexed is a true copy, was published in said newspaper as provided by law on the following dates : 05/06/2022, 05/13/2022, 05/20/2022, 05/27/2022

*Alecia Seals*

**Alecia Seals**

*K. Mosley*

**Kaweemah Mosley - Notary Public**

Subscribed and sworn to before me this 27th day of May, 2022



October 20, 2021

Customer Account # 15498
Omar Slim White
245 N. Highland AVE STE 230-235
Atlanta, GA 30307

Ad Number # 594938 Account # 15498

WHEREAS, June 1st, 2017 a false claim was made against OMAR WHITE in case 19CR002678B; and WHEREAS, the alleged witness in the case voluntarily withdrew said claim; and WHEREAS, in Trinsey v. Pagliaro, demonstrated that an attorney cannot fill the void of a witness and must remain in honor; and WHEREAS, KEITH GAMMAGE has attempted to defraud the public by using his office to pursue a case without a witness presenting under penalty of perjury; and WHEREAS, KEITH GAMMAGE, DOING BUSINESS AS KEITH E. GAMMAGE and acting as the Solicitor General for FULTON COUNTY, has dishonored his oath to the United States of America and the Georgia Constitution by representing the public and the STATE of GEORGIA, in a deceitful manner; and WHEREAS, the probate court and superior court in FULTON COUNTY was unable to locate the bonds of said elected official- Therefore, now It is hereby RESOLVED from/by the Executive office of/for the estate of OMAR WHITE and trustee of WHITE OMAR, that account number 19CR002678B is hereby closed with prejudice. It is further RESOLVED that; where any man or woman acting in a public or private capacity and willfully trespasses against the ESTATE of OMAR WHITE; such man or woman will be subject to $2,000,000.00 irrevocably, and as such, irrevocably accepts that liens shall be effected against any or all property, tangible and intangible for the satisfaction of any accrued obligation or debt evident herein not excluding other remedies. KNOW ALL MEN- By the Writ of Deceit entered April 28th 2022; into CASE 19CR002678B is hereby discharged and dismissed and all proceeds shall be delivered to the principal beneficial owner of/for OMAR WHITE. The Plea and Arraignment hearing on May 25th 2022 set 5 years later after the alleged incident, shall be for the full closure and expungement of record where any witness fails to present claims of evidence in addition to KEITH GAMMAGE, failing to provide his bonds and rebuttal of 22 page affidavit that was filed on July 27, 2021, so as

to any continuance shall provide as irrevocable acceptance to the active fee schedule and the settlement of any accrued sum within 30 Days of the Affidavit of Publication. ___signed: May 1, 2022___ Omar Mashiach White, Executor, Truste, Beneficial Owner OMAR WHITE 245 N. Highland Ave. STE 230-235 Atlanta, Georgia [30307]

Ad Number # 594938 Account # 15498

PUBLISHER'S AFFIDAVIT

**STATE OF GEORGIA**
**COUNTY OF FULTON**
Re: 594938

Before me, the undersigned, a Notary Public, this day personally came Alecia Seals who, being duly sworn, according to law, says she is an agent of ALM Media, LLC., publishers of the **Daily Report**, the official newspaper published in Atlanta, GA, in said county and state, and that the publication, of which the annexed is a true copy, was published in said newspaper as provided by law on the following dates : 05/06/2022, 05/13/2022, 05/20/2022, 05/27/2022

Alecia Seals
_____
**Alecia Seals**

K. Mosley
_____
**Kaweemah Mosley - Notary Public**

Subscribed and sworn to before me this 27th day of May, 2022



# Gwinnett County
# Sheriff's Office

**Keybo Taylor, Sheriff**

2900 University Parkway
Lawrenceville, GA 30043
(770) 619-6500 Fax (770) 822-3115

**Cleophas Atwater, Chief**

## COMPLAINT OF EMPLOYEE MISCONDUCT

This form should be used exclusively to report employee misconduct. Upon completion of this form, you may either return it in person to the Sheriff's Department, or mail the top copy to the Gwinnett County Sheriff's Department, Professional Standards Unit, 2900 University Parkway, Lawrenceville, GA 30043.

| Full Name Omar White | Date of Birth Private |
|---|---|
| Daytime Phone Number 770-374-8784 | Evening Phone Number |
| Current Address 1441 Woodmont Lane Suite 309 Atlanta, GA 30318 | |
| Date and Time of Occurrence July 1st 2025 | Location of Occurrence Gwinnett County Court Clerks of |

| Names and Badge Numbers of Employees Involved (If Known) Tiana Garner Michelle Mayfield | Names, Addresses, and Telephone Numbers of Witnesses Present at the Time of Occurrence (If Known) |
|---|---|
| | |
| | |

### (LIST ADDITIONAL EMPLOYEES AND/OR WITNESSES UNDER THE "DETAILS" SECTION.)

Details – (Please state your complaint, including names, times, locations, witnesses, and any other information that would help in investigating your complaint. If employee names are unknown, explain what each employee looked like. If more space is needed please attach the additional paper to this form.)

I, Omar White brought an notarized document performed by Gwinnett County Notary Kawzewah Mosley to the Gwinnett County clerks office to get authenticated I was initially told by Michelle Mayfield the document couldn't be authenticated because the document was a copy and not the original. I explained to Deputy Clerk Michelle that under GA Law the only purpose of the Authentication process is to verify and affirm that said Notary was authorized + commissioned to Notarize documents at the time of signing I then requested for the Clerk of court Tiana Garner to speak with me. I was told she was in a meeting and I requested to wait 30 minutes later Michelle Mayfield asked to see my document again and moments later said the notary signature didn't match I then requested for the Clerk of court again and this time I was told the Clerk of court left for the day despite it being during business hour

Date: July 1st 2025    Signature: Omar White All rights reserved

---

### DEPARTMENTAL USE ONLY

To be completed by the supervisor receiving this form.

| Supervisor's Name Lt. Higgins | SO Number 541 |
|---|---|
| Date and Time Received | Division CIVIL |

Final Disposition This is a complaint on Clerk of Courts Employee
I will take it to Clerk of Court

# EXHIBIT "I"



# State of <u>Georgia</u>

## LOYALTY OATH

STATE OF GEORGIA

COUNTY OF _____ **FULTON** _____

I , _____ **KEITH E. GAMMAGE** _____ (name)

a citizen of _____ **STATE OF GEORGIA** _____

and being an employee of _____ **FULTON COUNTY** _____

and the recipient of public funds for services rendered as such employee, do hereby solemnly swear and

affirm that I will support the Constitution of the United States and the Constitution of Georgia.


SO HELP ME GOD!

Sworn to and subscribed before me, this the

_____ day of _DECEMBER_ , 20 _24_

_____

**KENYA M. JOHNSON, CHIEF JUDGE**
**FULTON COUNTY PROBATE COURT**_____

Signature


(O.C.G.A. 45-3-11)
(O.C.G.A. 45-3-12)
(O.C.G.A. 45-3-13)


## DIRECTIONS

This oath, when taken, must be attached to the oath of office and filed therewith as required by law.

The loyalty oath required by Code Sections 45-3-11 through 45-3-15 shall apply to all elected officers of this state, including the Governor, constitutional officers, elected officials of any political subdivision of the government of Georgia, and local school board officials (O.C.G.A. 45-3-12).

CERTIFICATION OF COPY

This document consisting of _____ page(s) is hereby certified to be a true copy of an original document on file in the Probate Court of Fulton County, Georgia. In witness whereof, I have hereto set my official signature and affixed the seal of the Probate Court, of the County and State aforesaid on _____ /20____

Clerk, Fulton County Probate Court



# State of <u>Georgia</u>

## LOYALTY OATH

STATE OF GEORGIA

COUNTY OF      **FULTON**

I,             **KEITH E. GAMMAGE**        (name)

a citizen of         **FULTON COUNTY**

and being an employee of    **Fulton County**

and the recipient of public funds for services rendered as such employee, do hereby solemnly swear and

affirm that I will support the Constitution of the United States and the Constitution of Georgia.

SO HELP ME GOD!

Sworn to and subscribed before me, this the

17th day of December .20 20

Pinkie T. Toomer, Judge
Fulton County Probate Court

KEITH E. GAMMAGE      Signature

(O.C.G.A. 45-3-11)
(O.C.G.A. 45-3-12)
(O.C.G.A. 45-3-13)

### DIRECTIONS

This oath, when taken, must be attached to the oath of office and filed therewith as required by law.

The loyalty oath required by Code Sections 45-3-11 through 45-3-15 shall apply to all elected officers of this state, including the Governor, constitutional officers, elected officials of any political subdivision of the government of Georgia, and local school board officials (O.C.G.A. 45-3-12).

CERTIFICATION OF COPY
This document consisting of ___1___ page(s) is hereby certified to be a true copy of an original document on file in the Probate Court of Fulton County, Georgia. In witness whereof, I have hereto set my official signature and affixed the seal of the Probate Court, at the County and State aforesaid on ___6___ / ___24___ / 20___

Clerk, Fulton County Probate Court

000000000000

PROBATE COURT
FULTON
COUNTY
GEORGIA

BOOK 0 5 2 8 8 PAGE 0 4 1



# State of <u>Georgia</u>

## OATH OF SOLICITOR-GENERAL OF STATE COURT

STATE OF GEORGIA

COUNTY OF _____ **FULTON** _____

I, _____ **Keith E. Gammage** _____ , (name) do swear (or affirm) that I will faithfully and impartially, and without fear, favor, or affection, discharge my duties as SOLICITOR-GENERAL of the State Court of _____ **FULTON** _____ County, and will take only my lawful compensation.

----------------------------------------------------------------------------------------------

----------------------------------------------------------------------------------------------

----------------------------------------------------------------------------------------------

I do further solemnly swear (or affirm) that I am not the holder of any unaccounted for public money due this State; or any political subdivision or authority thereof; that I am not the holder of any office of trust under the government of the United States, any other state, or any foreign state which I am prohibited from holding by the laws of the State of Georgia; and that I am otherwise qualified to hold said office, according to the Constitution of the United States and Laws of Georgia; and that I will support the Constitutions of the United States and of this State, and that I have been a resident of this geographic area for the time required by the Constitution and laws of this state.

SO HELP ME GOD!

Sworn to and subscribed before me, this the                    )
                                                               )
**17th** day of **December** , 20 **20**                       )
                                                               )
---------------------------------------------------------- )

Pinkie T. Toomer, Judge          Official Title
Fulton County Probate Court

(O.C.G.A. 15-18-61
(O.C.G.A. 45-3-1)

Keith E. Gammage
Printed Name

Signature

---

### DIRECTIONS

This oath, when taken, must be filed in the office of the Judge of Probate Court, as provided in the Official Code of Georgia Annotated, 45-3-5.

NOTE: If the Act creating this court, and the office of solicitor thereof, specifies any form of oath, insert it on the dotted lines above.

The loyalty oath required by Code Sections 45-3-11 through 45-3-15 shall apply to all elected officers of this state, including the Governor, constitution officers, elected officials of any political subdivision of the government of Georgia, and local school board officials (O.C.G.A. 45-3-12).
Revised 8/2013

BOOK05288 PAGE040

# EXHIBIT "J"

**STATE OF GEORGIA**

**COUNTY OF COBB**

I, **SHARON STARKS**, **DEPUTY CLERK OF THE SUPERIOR COURT, COBB COUNTY, GEORGIA**, which is a Court of Record, do hereby certify that     **JANICE S GILMAN**     whose     commission expires on **APRIL 2ND 2025** is a duly appointed **NOTARY PUBLIC** in and for the State of Georgia and Cobb County, commissioned to take proof of acknowledgement of deeds and other instruments in writing and to administer oaths and affirmations in said State.  I further certify that I am acquainted with the signature of said Notary.

IN TESTIMONY WHERE, I have here unto set my hand and affixed my **SEAL OF OFFICE** in **COBB COUNTY**, this **23RD**     day of **JUNE  2025**.

_____

**DEPUTY CLERK**

**SUPERIOR COURT OF COBB COUNTY, GEORGIA**



**CLERK OF SUPERIOR COURT**

**P.O. BOX 3370**

**MARIETTA, GA 30090**

**770-528-1342**

## WITNESS AFFIDAVIT OF WANNETTE STEVENS-FRIPP

I, Wannette Stevens-Fripp, being duly sworn, depose and state under penalty of perjury that the following is true and correct to the best of my knowledge:

1. My name is Wannette Stevens-Fripp, and I am a resident of Atlanta, Fulton County, Georgia. I am over the age of 18 and competent to make this affidavit.

2. I personally witnessed multiple instances of unfair treatment of Omar White by employees of Fulton County, Georgia, including actions by the Fulton County Clerk's Office and the Fulton County Rice Street Jail, as described below.

   False Arrest in 2022 for Failure to Appear:
   In 2022, Omar White was falsely arrested for failure to appear in a criminal case in Fulton County.

   The Fulton County Clerk's Office changed the court date and time for Mr. White's case without providing him proper notification or due process.

   As a result of this lack of notification, Mr. White was unaware of the rescheduled court date, leading to his arrest for failure to appear.

3. While incarcerated at the Fulton County Rice Street Jail, Mr. White, a vegan over 21 years, was not provided with adequate vegan meals consistent with his dietary needs.

   Upon his release, I personally picked him up from the jail and observed that he had lost over 20 pounds of muscle mass, which was due to inadequate nutrition during his incarceration.

4. (Issues with Bond and Release in 2022) I personally delivered the bond money to the Fulton County Rice Street Jail to secure Mr. White's release.

   Despite paying the bond, it took over 14 hours for Mr. White to be released, causing unnecessary delay and hardship.

5. (Misconduct by Clerk's Office in 2022) During Mr. White's incarceration, I requested a certified copy of a document related to his court case from the Fulton County Clerk's Office.

   The Clerk's Office falsely claimed that they were unable to provide me with a certified copy, which is untrue.

6. (Second False Arrest in 2023) In 2023, Mr. White was arrested again for failure to appear in a second criminal case that was deceptively opened without his knowledge, after the first case was disposed of where the statute of limitations had already been exhausted.

   After successfully defending himself and having the first case dismissed in 2023, a new case was opened one week later for the same charge, despite the statute of limitations having expired.

   This new case was filed under a fake name but was connected to Mr. White's Social Security number, causing further harassment and wrongful arrest.

   I paid bond to secure Mr. White's release from this second arrest, and he was transferred from Cobb County to Fulton County, where he was released after 48 hours.

7. (Court Appearances and Case Outcomes) I was present in court on both occasions when Mr. White successfully defended himself and had his cases dismissed.

   I personally witnessed the unfair treatment and procedural misconduct described above, including the deceptive practices by Fulton County employees.

   I affirm that the foregoing statements are true and accurate to the best of my knowledge and belief. I understand that this affidavit is made under penalty of perjury.
   FURTHER AFFIANT SAYETH NOT.
   DATED: 6/13_____, 2025


Wannette Stevens-Fripp


Sworn to and subscribed before me
this 13th day of June_____, 2025
Notary Public Janice Gilman.
My Commission Expires: 04|02|2029

Janice S Gilman
NOTARY PUBLIC
COBB COUNTY, GEORGIA
My Commission Expires 04/02/2029

# EXHIBIT "K"

**STATE OF GEORGIA**

**COUNTY OF COBB**

I, **SHARON STARKS, DEPUTY CLERK OF THE SUPERIOR COURT, COBB COUNTY, GEORGIA**, which is a Court of Record, do hereby certify that     **JANICE S GILMAN____**whose         commission expires on **APRIL 2ND 2025 is** a duly appointed **NOTARY PUBLIC** in and for the State of Georgia and Cobb County, commissioned to take proof of acknowledgement of deeds and other instruments in writing and to administer oaths and affirmations in said State. I further certify that I am acquainted with the signature of said Notary.

**IN TESTIMONY WHERE**, I have here unto set my hand and affixed my **SEAL OF OFFICE** in **COBB COUNTY**, this **23RD___** **d**ay of **JUNE  2025**.

_Sharon Starks_

**DEPUTY CLERK**

**SUPERIOR COURT OF COBB COUNTY, GEORGIA**

**CLERK OF SUPERIOR COURT**

**P.O. BOX 3370**

**MARIETTA, GA 30090**

**770-528-1342**

## AFFIDAVIT OF WANNETTE STEVENS-FRIPP

I, Wannette Stevens-Fripp, being duly sworn, depose and state under penalty of perjury that the following is true and correct to the best of my knowledge:

I am a licensed clinical social worker (LCSW) and I have a master's degree in clinical social work and a bachelor's in sociology.

I have done clinical social work and mental health counseling at a Georgia Department of Corrections facility.

I had Omar White as my client and I assisted him in his emotional distress from his ongoing legal battles dealing with the adversities he has faced.

I affirm that the foregoing statements are true and accurate to the best of my knowledge and belief. I understand that this affidavit is made under penalty of perjury.
FURTHER AFFIANT SAYETH NOT.
DATED: 6/13/25 , 2025


*Wannette Stevens-Fripp*

Wannette Stevens-Fripp


Sworn to and subscribed before me
this 13th day of June , 2025
Notary Public Janice S. Gilman.
My Commission Expires: 04/02/2029

Janice S Gilman
NOTARY PUBLIC
COBB COUNTY, GEORGIA
My Commission Expires 04/02/2029

Janice S Gilman
NOTARY PUBLIC
COBB COUNTY, GEORGIA
My Commission Expires 04/02/2029

# Ultimate Mental Health & Wellness Experience, LLC

## *INVOICE*

Client Name: Omar White

Service Period: July 2022 – November 2025

Prepared On: June 08, 2025

Counseling for Emotional Distress, Depression, Anxiety related to Legal Proceedings (Fulton County)

| Date of Session | Service Description | Rate |
|---|---|---|
| 2022-07-01 | Assessment for- Emotional Distress, Depression, Anxiety | $250.00 |
| 2022-07-04 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2022-07-06 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2022-07-12 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2022-07-13 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2022-07-14 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2022-07-18 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2022-07-19 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2022-07-21 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2022-07-22 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |

# Ultimate Mental Health & Wellness Experience, LLC

| | | |
|---|---|---|
| 2022-07-27 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2022-08-01 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2022-08-02 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2022-08-08 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2022-08-11 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2022-08-12 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2022-08-18 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2022-08-22 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2022-08-25 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2022-08-31 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2022-09-01 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2022-09-05 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2022-09-06 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2022-09-08 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2022-09-13 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |

# Ultimate Mental Health & Wellness Experience, LLC

| 2022-09-14 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
|---|---|---|
| 2022-09-15 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2022-09-20 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2022-09-22 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2022-09-23 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2022-09-28 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2022-09-29 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2022-09-30 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2022-10-03 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2022-10-07 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2022-10-10 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2022-10-14 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2022-10-17 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2022-10-21 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2022-10-26 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |

# Ultimate Mental Health & Wellness Experience, LLC

| | | |
|---|---|---|
| 2022-10-31 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2022-11-02 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2022-11-03 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2022-11-08 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2022-11-09 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2022-11-11 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2022-11-14 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2022-11-16 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2022-11-18 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2022-11-23 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2022-11-24 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2022-11-25 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2022-11-29 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2022-11-30 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2022-12-06 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |

# Ultimate Mental Health & Wellness Experience, LLC

| | | |
|---|---|---|
| 2022-12-07 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2022-12-12 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2022-12-13 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2022-12-14 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2022-12-16 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2022-12-20 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2022-12-21 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2022-12-26 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2022-12-28 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2022-12-29 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2022-12-30 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2023-01-04 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2023-01-09 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2023-01-11 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2023-01-12 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |

# Ultimate Mental Health & Wellness Experience, LLC

| | | |
|---|---|---|
| 2023-01-16 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2023-01-18 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2023-01-23 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2023-01-26 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2023-01-27 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2023-02-02 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2023-02-03 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2023-02-06 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2023-02-09 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2023-02-10 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2023-02-13 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2023-02-20 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2023-02-22 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2023-02-23 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2023-02-27 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |

# Ultimate Mental Health & Wellness Experience, LLC

| | | |
|---|---|---|
| 2023-02-28 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2023-03-08 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2023-03-09 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2023-03-10 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2023-03-15 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2023-03-17 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2023-03-20 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2023-03-23 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2023-03-24 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2023-03-29 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2023-03-30 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2023-03-31 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2023-04-03 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2023-04-05 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2023-04-11 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |

# Ultimate Mental Health & Wellness Experience, LLC

| | | |
|---|---|---|
| 2023-04-12 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2023-04-19 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2023-04-20 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2023-04-24 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2023-04-26 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2023-04-27 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2023-05-01 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2023-05-04 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2023-05-08 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2023-05-10 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2023-05-12 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2023-05-16 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2023-05-19 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2023-05-22 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2023-05-30 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |

# Ultimate Mental Health & Wellness Experience, LLC

| | | |
|---|---|---|
| 2023-05-31 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2023-06-01 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2023-06-02 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2023-06-05 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2023-06-06 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2023-06-09 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2023-06-12 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2023-06-21 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2023-06-22 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2023-06-23 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2023-06-26 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2023-06-29 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2023-06-30 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2023-07-04 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2023-07-07 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |

# Ultimate Mental Health & Wellness Experience, LLC

| | | |
|---|---|---|
| 2023-07-10 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2023-07-13 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2023-07-18 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2023-07-19 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2023-07-21 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2023-07-25 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2023-07-27 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2023-07-28 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2023-08-01 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2023-08-03 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2023-08-04 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2023-08-07 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2023-08-09 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2023-08-14 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2023-08-17 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |

# Ultimate Mental Health & Wellness Experience, LLC

| | | |
|---|---|---|
| 2023-08-18 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2023-08-21 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2023-08-22 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2023-08-28 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2023-08-31 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2023-09-01 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2023-09-05 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2023-09-12 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2023-09-14 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2023-09-18 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2023-09-20 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2023-09-21 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2023-09-22 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2023-09-25 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2023-09-26 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |

# Ultimate Mental Health & Wellness Experience, LLC

| | | |
|---|---|---|
| 2023-09-29 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2023-10-03 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2023-10-06 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2023-10-10 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2023-10-12 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2023-10-13 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2023-10-18 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2023-10-19 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2023-10-20 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2023-10-23 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2023-10-24 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2023-11-01 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2023-11-02 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2023-11-03 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2023-11-06 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |

# Ultimate Mental Health & Wellness Experience, LLC

| | | |
|---|---|---|
| 2023-11-08 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2023-11-14 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2023-11-15 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2023-11-16 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2023-11-20 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2023-11-22 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2023-11-23 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2023-11-29 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2023-11-30 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2023-12-04 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2023-12-05 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2023-12-06 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2023-12-08 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2023-12-11 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2023-12-15 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |

# Ultimate Mental Health & Wellness Experience, LLC

| | | |
|---|---|---|
| 2023-12-19 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2023-12-25 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2023-12-26 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2023-12-28 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2023-12-29 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2024-01-01 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2024-01-04 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2024-01-08 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2024-01-09 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2024-01-11 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2024-01-12 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2024-01-17 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2024-01-19 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2024-01-22 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2024-01-23 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |

# Ultimate Mental Health & Wellness Experience, LLC

| | | |
|---|---|---|
| 2024-01-29 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2024-01-31 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2024-02-01 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2024-02-06 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2024-02-07 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2024-02-08 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2024-02-09 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2024-02-13 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2024-02-21 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2024-02-22 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2024-02-26 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2024-02-29 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2024-03-04 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2024-03-06 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2024-03-07 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |

# Ultimate Mental Health & Wellness Experience, LLC

| | | |
|---|---|---|
| 2024-03-08 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2024-03-13 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2024-03-19 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2024-03-21 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2024-03-22 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2024-03-26 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2024-03-28 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2024-03-29 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2024-04-01 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2024-04-03 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2024-04-08 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2024-04-10 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2024-04-11 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2024-04-12 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2024-04-15 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |

# Ultimate Mental Health & Wellness Experience, LLC

| 2024-04-18 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
|---|---|---|
| 2024-04-22 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2024-04-24 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2024-04-25 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2024-04-26 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2024-04-29 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2024-05-02 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2024-05-06 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2024-05-09 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2024-05-13 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2024-05-16 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2024-05-17 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2024-05-20 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2024-05-21 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2024-05-24 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |

# Ultimate Mental Health & Wellness Experience, LLC

| | | |
|---|---|---|
| 2024-05-29 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2024-06-03 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2024-06-05 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2024-06-06 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2024-06-12 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2024-06-13 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2024-06-14 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2024-06-17 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2024-06-18 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2024-06-21 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2024-06-24 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2024-06-25 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2024-07-02 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2024-07-03 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2024-07-04 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |

# Ultimate Mental Health & Wellness Experience, LLC

| | | |
|---|---|---|
| 2024-07-05 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2024-07-08 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2024-07-12 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2024-07-16 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2024-07-17 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2024-07-23 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2024-07-25 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2024-07-30 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2024-07-31 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2024-08-01 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2024-08-05 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2024-08-06 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2024-08-08 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2024-08-12 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2024-08-15 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |

# Ultimate Mental Health & Wellness Experience, LLC

| | | |
|---|---|---|
| 2024-08-16 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2024-08-20 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2024-08-23 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2024-08-26 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2024-09-03 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2024-09-04 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2024-09-09 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2024-09-10 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2024-09-11 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2024-09-16 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2024-09-19 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2024-09-23 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2024-09-25 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2024-09-27 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2024-10-01 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |

# Ultimate Mental Health & Wellness Experience, LLC

| 2024-10-03 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
|---|---|---|
| 2024-10-08 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2024-10-10 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2024-10-11 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2024-10-16 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2024-10-17 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2024-10-23 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2024-10-24 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2024-10-29 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2024-10-30 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2024-10-31 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2024-11-04 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2024-11-06 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2024-11-07 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2024-11-08 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |

# Ultimate Mental Health & Wellness Experience, LLC

| | | |
|---|---|---|
| 2024-11-12 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2024-11-15 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2024-11-19 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2024-11-20 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2024-11-22 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2024-11-26 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2024-12-04 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2024-12-05 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2024-12-09 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2024-12-11 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2024-12-16 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2024-12-18 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2024-12-20 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2024-12-24 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2024-12-27 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |

# Ultimate Mental Health & Wellness Experience, LLC

| 2024-12-30 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
|---|---|---|
| 2025-01-01 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2025-01-07 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2025-01-08 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2025-01-10 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2025-01-14 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2025-01-20 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2025-01-21 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2025-01-24 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2025-01-30 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2025-02-04 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2025-02-05 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2025-02-06 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2025-02-12 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2025-02-13 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |

# Ultimate Mental Health & Wellness Experience, LLC

| | | |
|---|---|---|
| 2025-02-14 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2025-02-19 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2025-02-20 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2025-02-21 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2025-02-26 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2025-02-28 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2025-03-03 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2025-03-10 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2025-03-12 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2025-03-13 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2025-03-14 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2025-03-17 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2025-03-18 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2025-03-25 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2025-03-26 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |

# Ultimate Mental Health & Wellness Experience, LLC

| | | |
|---|---|---|
| 2025-03-27 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2025-04-01 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2025-04-02 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2025-04-03 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2025-04-07 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2025-04-09 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2025-04-10 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2025-04-14 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2025-04-17 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2025-04-22 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2025-04-24 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2025-04-28 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2025-04-30 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2025-05-02 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2025-05-05 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |

# Ultimate Mental Health & Wellness Experience, LLC

| | | |
|---|---|---|
| 2025-05-13 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2025-05-15 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2025-05-19 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2025-05-22 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2025-05-23 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2025-05-26 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2025-05-29 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2025-05-30 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2025-06-03 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2025-06-06 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2025-06-09 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2025-06-10 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2025-06-13 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2025-06-16 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2025-06-17 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |

# Ultimate Mental Health & Wellness Experience, LLC

| 2025-06-20 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
|---|---|---|
| 2025-06-25 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2025-06-27 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2025-07-01 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2025-07-09 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2025-07-10 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2025-07-15 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2025-07-17 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2025-07-23 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2025-07-24 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2025-07-29 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2025-07-30 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2025-08-05 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2025-08-06 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2025-08-07 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |

# Ultimate Mental Health & Wellness Experience, LLC

| 2025-08-12 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
|---|---|---|
| 2025-08-13 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2025-08-14 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2025-08-18 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2025-08-19 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2025-08-20 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2025-08-22 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2025-08-27 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2025-08-28 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2025-09-01 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2025-09-04 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2025-09-08 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2025-09-09 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2025-09-12 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2025-09-15 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |

# Ultimate Mental Health & Wellness Experience, LLC

| | | |
|---|---|---|
| 2025-09-19 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2025-09-23 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2025-09-24 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2025-09-26 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2025-09-29 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2025-10-06 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2025-10-07 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2025-10-09 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2025-10-10 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2025-10-15 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2025-10-16 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2025-10-17 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2025-10-22 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2025-10-23 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2025-10-28 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |

# Ultimate Mental Health & Wellness Experience, LLC

| | | |
|---|---|---|
| 2025-10-29 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2025-10-30 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2025-10-31 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2025-11-06 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2025-11-07 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2025-11-11 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2025-11-12 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2025-11-17 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2025-11-19 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2025-11-20 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2025-11-24 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2025-11-26 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |
| 2025-11-28 | Therapy Session - Emotional Distress, Depression, Anxiety | $250.00 |

Total Sessions: 443

Total Amount Due: $110,750.00